1  BRIAN FAHLING, WSBA #18894
2  Law Office of Brian Fahling
   8124 NE 166th St
3  Kenmore, WA 98028
4  (425) 802-7326

5

6
                    **UNITED STATES DISTRICT COURT**
7                   **EASTERN DISTRICT OF WASHINGTON**
8
   NICHOLAS ROLOVICH,
9
                                           NO. 2:22-cv-00319
10        Plaintiff,

11 v.                                      MOTION FOR ERIC KNIFFIN TO
                                           APPEAR PRO HAC VICE
12
   WASHINGTON STATE
13 UNIVERSITY, an agency of the            2/22/23
14 State of Washington; PATRICK            WITHOUT ORAL ARGUMENT
   CHUN, Director of Athletics for
15 Washington State University, in his
   individual capacity; and JAY
16 INSLEE, Governor, in his official
17 capacity,

18        Defendants.
19

20       Pursuant to Local Rule 83.2(c)(1), Plaintiff hereby applies for Eric

21 Kniffin, of Lewis Roca to be permitted by this Court to appear as counsel pro

22
   hac vice in this matter on behalf of Plaintiff Nicholas Rolovich ("Plaintiff").
23

24       1.     Eric Kniffin is an attorney practicing with the law firm of Kniffin

25 Law PLLC, 102 S. Tejon St., Suite 1100, Colorado Springs, CO 80903;

26

MOTION FOR ERIC KNIFFIN TO                                  **LAW OFFICE OF BRIAN FAHLING**
APPEAR *PRO HAC VICE* - 1                                              8124 NE 166th St
                                                                     Kenmore, WA 98028
                                                                      T: (425) 802-7326
                                                                 E: bfahling@fahlinglaw.com

2. Eric Kniffin was admitted to the State Bar of Colorado and the following courts on the following dates:

    a. Colorado, #48016, admitted July 28, 2014

    b. District of Columbia, #999473, admitted February 17, 2011

    c. Illinois, #6280383, admitted November 6, 2003

3. Eric Kniffin will be associated in this case with Brian Fahling, WSBA #18894, 8124 NE 166th St, Kenmore, WA 98028, telephone number (425) 802-7326, who has been admitted to the United States Eastern District of Washington. Eric Kniffin will serve as co-counsel in this matter and will sign all pleadings, motions, and other papers prior to filing.

4. Plaintiff Nicholas Rolovich will be filing a Motion to Remand and Eric Kniffin's participation before this Court in support of that motion is essential for the effective representation of Plaintiff. Also, if this matter is not remanded, the motions practice, discovery, and if necessary, trial, will be significant in scale, and will require Eric Kniffin's full participation in the litigation.

MOTION FOR ERIC KNIFFIN TO
APPEAR *PRO HAC VICE* - 2

LAW OFFICE OF BRIAN FAHLING
8124 NE 166th St
Kenmore, WA 98028
T: (425) 802-7326
E: bfahling@fahlinglaw.com

5. Eric Kniffin is a member in good standing in all of the above-referenced courts. Eric Kniffin does not have any pending disciplinary actions and has never been subject to any disciplinary sanctions by any court or bar association.

Based upon the foregoing, Plaintiff respectfully requests that the Court permit Eric Kniffin to appear *pro hac vice* for Plaintiff in this matter.

DATED this 30th day of December, 2022.

**LAW OFFICE OF BRIAN FAHLING**

By: ⎯⎯⎯/s/ Brian Fahling⎯⎯⎯
Brian Fahling WSBA #18894
*Attorneys for Plaintiff*

MOTION FOR ERIC KNIFFIN TO
APPEAR *PRO HAC VICE* - 3

LAW OFFICE OF BRIAN FAHLING
8124 NE 166th St
Kenmore, WA 98028
T: (425) 802-7326
E: bfahling@fahlinglaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on the 30<u>th</u> day of December, 2022, I electronically filed the forgoing MOTION FOR ERIC KNIFFIN TO APPEAR PRO HAC VICE, with the Clerk of Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice. I hereby certify that none of the represented parties are non-CM/ECF participants.

**LAW OFFICE OF BRIAN FAHLING**

By: __/s/ Brian Fahling_____
      Brian Fahling

MOTION FOR ERIC KNIFFIN TO
APPEAR *PRO HAC VICE* - 4

LAW OFFICE OF BRIAN FAHLING
8124 NE 166th St
Kenmore, WA 98028
T: (425) 802-7326
E: bfahling@fahlinglaw.com