BRIAN FAHLING, WSBA #18894
Law Office of Brian Fahling
8124 NE 166th St
Kenmore, WA 98028
(425) 802-7326

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NICHOLAS ROLOVICH,<br><br>    Plaintiff,<br><br>v.<br><br>WASHINGTON STATE UNIVERSITY, an agency of the State of Washington; PATRICK CHUN, Director of Athletics for Washington State University, in his individual capacity; and JAY INSLEE, Governor, in his official capacity,<br><br>    Defendants. | NO. 2:22-cv-00319<br><br>[PROPOSED] ORDER GRANTING MOTION FOR ERIC KNIFFIN TO APPEAR PRO HAC VICE |

IT IS SO ORDERED that attorney Eric Kniffin may be admitted *pro hac vice* as counsel for Plaintiff NICHOLAS ROLOVICH in the above-referenced matter.

DATED this \_\_\_\_ day of December 2022.

By: _____
Judge, United States District Court

[PROPOSED] ORDER GRANTING MOTION FOR ERIC KNIFFIN TO APPEAR *PRO HAC VICE*- 1

**LAW OFFICE OF BRIAN FAHLING**
8124 NE 166th St
Kenmore, WA 98028
T: (425) 802-7326
E: bfahling@fahlinglaw.com