The Honorable Thomas O. Rice

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON
# AT SPOKANE

| | |
|---|---|
| NICHOLAS ROLOVICH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WASHINGTON STATE UNIVERSITY, et al.,<br><br>　　　　　Defendants. | NO. 2:22-cv-00319-TOR<br><br>STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND ANSWER DATE<br><br>NOTE ON MOTION CALENDAR:<br>January 12, 2023<br>Without Oral Argument |

## I.　STIPULATION

The parties, by and through their counsel, stipulate and agree as follows:

1.　Plaintiff Nicholas Rolovich filed his original Complaint on November 14, 2022. Plaintiff then amended his Complaint, which he filed and served on Defendants on December 9, 2022.

2.　On December 20, 2022, Plaintiff and Defendants agreed to extend Defendants' deadline to respond to the Amended Complaint to January 13, 2023,

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND ANSWER DATE

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1  and requested this Court order the same. This Court granted the parties' request
2  on December 21, 2022.
3      3.  As indicated in Plaintiff's Motion for Eric Kniffin to Appear
4  Pro Hac Vice (ECF No. 7), Plaintiff intends to file a Motion to Remand.
5      4.  Plaintiff and Defendants hereby stipulate and agree to further extend
6  all Defendants' deadline to answer or otherwise respond to the
7  Amended Complaint until seven (7) days after entry of this Court's Order on
8  Plaintiff's forthcoming Motion to Remand.
9      5.  The parties therefore request the Court to enter the proposed order,
10 set out below, adopting this extended deadline.
11     DATED this 12th day of January 2023.

ROBERT W. FERGUSON
Attorney General

*/s/ Spencer W. Coates*
SPENCER W. COATES, WSBA #49683
Assistant Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744
Spencer.Coates@atg.wa.gov

ZACHARY J. PEKELIS, WSBA #44557
Special Assistant Attorney General
PACIFICA LAW GROUP LLP
1191 2nd Avenue, Suite 2000
Seattle, WA  98101-3404
(206) 245-1700
Zach.Pekelis@PacificaLawGroup.com
*Attorneys for Defendants Washington State University and Patrick Chun*

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND ANSWER DATE

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

ROBERT W. FERGUSON
Attorney General

*/s/ Cristina Sepe*
ALICIA O. YOUNG, WSBA #35553
CRISTINA SEPE, WSBA #53609
Deputy Solicitors General
1125 Washington St. SE, PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200
Alicia.Young@atg.wa.gov
Cristina.Sepe@atg.wa.gov
*Attorneys for Defendant Governor Jay Inslee*

*/s/ Brian Fahling*
BRIAN FAHLING, WSBA #18894
LAW OFFICE OF BRIAN FAHLING
8124 NE 166th St
Kenmore, WA 98028
(425) 802-7326
bfahling@fahlinglaw.com

ERIC KNIFFIN, Colo. Bar #48016
KNIFFIN LAW PLLC
102 South Tejon Street, Suite 1100
Colorado Springs, CO 80903
(719) 246-8889
eric@kniffin.law
*Attorneys for Plaintiff Nicholas Rolovich*

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND ANSWER DATE

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1   **[PROPOSED] ORDER**

2   Pursuant to the parties' Stipulation, IT IS ORDERED that the date for the

3   Defendants' to file an Answer or otherwise respond to the Amended Complaint

4   is extended to seven (7) days following entry of this Court's Order on Plaintiff's

5   forthcoming Motion to Remand.

6   DATED this ____ day of January 2023.

_____
THE HONORABLE THOMAS O. RICE
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND
[PROPOSED] ORDER TO EXTEND
ANSWER DATE

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

# CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 12th day of January 2023, at Seattle, Washington.

*/s/ Spencer W. Coates*
SPENCER W. COATES, WSBA #49683
Assistant Attorney General

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND ANSWER DATE

5

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744