1  BRIAN FAHLING, WSBA #18894
   Law Office of Brian Fahling
2  8124 NE 166th St
3  Kenmore, WA 98028
   (425) 802-7326
4
   ERIC KNIFFIN
5  Kniffin Law PLLC
   102 S. Tejon Street, Suite 1100
6  Colorado Springs, CO 80903
7  (719) 246-8889

8  ERIC JOB SEESE
   Pending Admission *pro hac vice*
9  Lewis Roca Rothgerber Christie LLP
   1601 19th Street, Suite 1000
10 Denver, CO 80202
   (303) 623-9000
11

12              **UNITED STATES DISTRICT COURT**
                **EASTERN DISTRICT OF WASHINGTON**
13

14 | NICHOLAS ROLOVICH,                          |                                          |
   |---------------------------------------------|------------------------------------------|
15 |     Plaintiff,          | NO. 2:22-cv-00319                        |
16 | v.                                          | ATTORNEY ERIC JOB SEESE'S                |
17 |                                             | MOTION TO APPEAR PRO HAC VICE            |
   | WASHINGTON STATE UNIVERSITY,                |                                          |
18 | an agency of the State of Washington;       |                                          |
   | PATRICK CHUN, Director of Athletics         |                                          |
19 | for Washington State University, in his     |                                          |
   | individual capacity; and JAY INSLEE,        |                                          |
20 | Governor, in his official capacity,         |                                          |
21 |     Defendants.         |                                          |

22     Pursuant to Local Rule 83.2(c)(1), Plaintiff hereby applies for Eric Job Seese, of
23
   Lewis Roca Rothgerber Christie LLP to be permitted by this Court to appear as counsel pro
24
   hac vice in this matter on behalf of Plaintiff Nicholas Rolovich ("Plaintiff").
25

26

ATTORNEY ERIC JOB SEESE'S MOTION TO
APPEAR *PRO HAC VICE* - 1

**LAW OFFICE OF BRIAN FAHLING**
8124 NE 166th St
Kenmore, WA 98028
T: (425) 802-7326
E: bfahling@fahlinglaw.com

1. E. Job Seese is an attorney practicing with the law firm of Lewis Roca Rothgerber Christie LLP, 1601 19th Street, Suite 1000, Denver, CO 80202;

2. E. Job Seese was admitted to the State Bar of Colorado and the following courts on the following dates:

    a. Colorado, #48379, admitted May 26, 2015

    b. Virginia, #66722, admitted April 30, 2004

    c. District of Columbia, #490451, admitted January 9, 2006

    d. New York, #5000443, admitted February 27, 2012

    e. Georgia, #771052, admitted December 8, 2006

3. E. Job Seese will be associated in this case with Brian Fahling, WSBA #18894, 8124 NE 166th St, Kenmore, WA 98028, telephone number (425) 802-7326, who has been admitted to the United States Eastern District of Washington. E. Job Seese will serve as co-counsel in this matter and will sign all pleadings, motions, and other papers prior to filing.

5. E. Job Seese is a member in good standing in all of the above-referenced courts. E. Job Seese does not have any pending disciplinary actions and has never been subject to any disciplinary sanctions by any court or bar association.

Based upon the foregoing, Plaintiff respectfully requests that the Court permit E. Job Seese to appear *pro hac vice* for Plaintiff in this matter.

ATTORNEY ERIC JOB SEESE'S MOTION TO APPEAR *PRO HAC VICE* - 2

**LAW OFFICE OF BRIAN FAHLING**
8124 NE 166th St
Kenmore, WA 98028
T: (425) 802-7326
E: bfahling@fahlinglaw.com

DATED this 31st day of March, 2023.

**LAW OFFICE OF BRIAN FAHLING**

By: /s/ Brian Fahling
Brian Fahling WSBA #18894
*Attorneys for Plaintiff*

ATTORNEY ERIC JOB SEESE'S MOTION TO APPEAR *PRO HAC VICE* - 3

**LAW OFFICE OF BRIAN FAHLING**
8124 NE 166th St
Kenmore, WA 98028
T: (425) 802-7326
E: bfahling@fahlinglaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on the  31st day of March, 2023, I electronically filed the forgoing ATTORNEY ERIC JOB SEESE'S MOTION TO APPEAR *PRO HAC VICE*, with the Clerk of Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice. I hereby certify that none of the represented parties are non-CM/ECF participants.

**LAW OFFICE OF BRIAN FAHLING**

By:   /s/ Brian Fahling
         Brian Fahling

ATTORNEY ERIC JOB SEESE'S MOTION TO APPEAR *PRO HAC VICE* - 4

**LAW OFFICE OF BRIAN FAHLING**
8124 NE 166th St
Kenmore, WA 98028
T: (425) 802-7326
E: bfahling@fahlinglaw.com