# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NICHOLAS ROLOVICH,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON STATE UNIVERISTY, et al,<br>Defendants. | Case No.  2:22-CV-0319-TOR<br><br>CIVIL MINUTES<br><br>DATE:  5/11/2023<br><br>LOCATION:  Spokane 902<br><br>MOTION HEARING |

### JUDGE THOMAS O. RICE

| Bridgette Fortenberry | LC 02 | N/A | Crystal Hicks |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Brian Fahling / Eric Job Seese<br><br>**Plaintiff's Counsel** | | Zachary J. Pekelis / Spencer W. Coates *for Defendants WSU and Chun*<br><br>Cristina Sepe *for Defendant Inslee*<br>**Defendants' Counsel** | |

[ X] **Open Court**          [   ] **Chambers**          [   ] **Telephonic**

Parties present in person.  The Court has reviewed the file and the parties' pleadings.

Pending before the Court:

   [21] Defendant Inslee's First Motion to Dismiss
   [22] Defendant WSU and Chun's Motion to Dismiss

   Mr. Sepe argued on behalf of Defendant Inslee.
   Mr. Pekelis argued on behalf of Defendants WSU and Chun.
   Mr. Fahling argued on behalf of Plaintiff.
   Mr. Pekelis argued in rebuttal.

   The Court took the matter under advisement and will issue a detailed written order.

| CONVENED: 10:58 AM | ADJOURNED: 11:48 AM | TIME: 50 MINS | [X] ORDER FORTHCOMING |
|---|---|---|---|