ROBERT W. FERGUSON
 *Attorney General*

ALICIA O. YOUNG, WSBA 35553
CRISTINA SEPE, WSBA 53609
 *Deputy Solicitors General*
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| NICHOLAS ROLOVICH,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON STATE UNIVERSITY, an agency of the State of Washington; PATRICK CHUN, Director of Athletics for Washington State University, in his individual capacity; and JAY INSLEE, Governor, in his official capacity,<br><br>Defendants. | NO. 2:22-cv-00319-TOR<br><br>DEFENDANT GOVERNOR JAY INSLEE'S **UNOPPOSED** MOTION FOR RULE 54(b) CERTIFICATION OF FINAL JUDGMENT<br><br>July 20, 2023<br>Without Oral Argument |

### I.    INTRODUCTION

In its May 30, 2023 Order on Motions to Dismiss (ECF No. 33), this Court granted Defendant Governor Jay Inslee's Motion to Dismiss (ECF No. 21), and dismissed with prejudice all claims asserted against him. ECF No. 33 at 2, 28. This was after Plaintiff filed a pleading informing the Court that he did not oppose

DEFENDANT GOVERNOR
JAY INSLEE'S MOTION FOR
RULE 54(B) JUDGMENT
NO. 2:22-cv-00319-TOR

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

Governor Inslee's Motion to Dismiss. ECF No. 28 at 8; ECF No. 33 at 6. Defendant Inslee, therefore, respectfully requests that the Court certify its Order as a final judgment in favor of Governor Inslee under Federal Rule of Civil Procedure 54(b). Counsel for Governor Inslee has conferred with the other parties, and is authorized to represent to this Court that this Motion is Unopposed.

## II.  FACTUAL AND PROCEDURAL BACKGROUND

Nicholas Rolovich brought this action against Washington State University and its athletic director, Patrick Chun (collectively "WSU Defendants"), and Governor Jay Inslee. The WSU Defendants and Governor Inslee each filed separate motions to dismiss. ECF Nos. 21, 22. Governor Inslee asserted multiple reasons why all of the claims against him should be dismissed with prejudice. ECF No. 21. In his Response, Plaintiff Rolovich told the Court he did not oppose dismissal of all claims against Governor Inslee, and he did not otherwise respond to any of Governor Inslee's arguments in support of dismissal. ECF No. 28. This Court granted Defendant Inslee's Motion to Dismiss and dismissed with prejudice all claims against him. ECF No. 33.

## III.  AUTHORITY AND ARGUMENT

**A.  This Court has Discretion Under Rule 54(b) to Enter Immediate and Final Judgment**

As this case involves multiple claims against multiple parties, Rule 54(b) empowers this court to "direct entry of a final judgment as to one or more, but fewer than all, claims or parties[.]" Fed. R. Civ. P. 54(b). The court may do so

DEFENDANT GOVERNOR
JAY INSLEE'S MOTION FOR
RULE 54(B) JUDGMENT
NO. 2:22-cv-00319-TOR

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

1    upon an express determination "that there is no just reason for delay." *Id.*; *Noel*
2    *v. Hall*, 568 F.3d 743, 747 (9th Cir. 2009). In deciding whether to certify an order
3    under Rule 54(b), a district court must first determine that it is dealing with a
4    "final judgment." *Curtiss-Wright Corp. v General Elec. Co.*, 446 U.S. 1, 7
5    (1980). The order must be a "judgment" in the sense that it is a decision upon a
6    cognizable claim for relief, and it must be "final" in the sense that it is "an
7    ultimate disposition of an individual claim entered in the course of a multiple
8    claims action." *Id.* (quoting *Sears, Roebuck & Co. v. Mackey*, 351 U.S. 427, 436
9    (1956)). The court then must determine whether there is any just reason for delay.
10   *Id.* at 8; *Noel*, 568 F.3d at 747. "It is left to the sound judicial discretion of the
11   district court to determine the 'appropriate time' when each final decision in a
12   multiple claims action is ready for appeal. This discretion is to be exercised 'in
13   the interest of sound judicial administration.'" *Curtiss-Wright Corp.*, 446 U.S.
14   at 8 (quoting *Sears, Roebuck & Co.*, 351 U.S. at 437).

15   For the reasons set forth below, the Court's Order is a final decision with
16   respect to Governor Inslee, there is no just reason for delay, and the Court should
17   certify its Order as a final judgment in favor of Governor Inslee.

18   **B.    The Order is a Final Disposition of the Claims against Governor Inslee**

19   The express language of the Court's Order reflects the intent to finally
20   determine Governor Inslee's liability in this case. The Order resolves all of
21   Plaintiff Rolovich's claims against Governor Inslee with Prejudice. The Order is
22   therefore a "final judgment" under the standard set forth in *Curtiss-Wright Corp.*,

DEFENDANT GOVERNOR
JAY INSLEE'S MOTION FOR
RULE 54(B) JUDGMENT
NO. 2:22-cv-00319-TOR

3

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

1  446 U.S. at 7. While Rolovich may attempt to further pursue his case against
2  WSU, the Court's Order was the ultimate disposition of all of his claims for relief
3  against Governor Inslee. Accordingly, the Order satisfies the "final judgment"
4  component of Rule 54(b).

**C.  There Is No Just Reason for Delay in Entering Judgment for Governor Inslee**

There is likewise no just reason for delay of entry of judgment in favor of Governor Inslee. In determining whether any reason justifies delay of the entry of judgment, the Court must weigh both "justice to the litigants" and "the interest of sound judicial administration." *Curtiss-Wright Corp.*, 446 U.S. at 6, 8.

> The factors affecting justice to the parties will inevitably differ from case to case, but the factors pertaining to judicial administration include whether the claims under review are separable from the others remaining to be adjudicated and whether the nature of the claims already determined are such that no appellate court will have to decide the same issues more than once even if there are subsequent appeals.

*Brooks v. Dist. Hosp. Partners, L.P.*, 606 F.3d 800, 806 (D.C. Cir. 2010) (quoting *Curtiss-Wright Corp.*, 446 U.S. at 8). Here, justice to the litigants clearly favors entry of final judgment in favor of Governor Inslee. As explained in Governor Inslee's unopposed Motion to Dismiss, Governor Inslee is not the employer and his decisions are not challenged in this case. Moreover, an appeal by Rolovich regarding his claims against Governor Inslee is not likely, given that Rolovich did not oppose Governor Inslee's Motion to Dismiss. Accordingly, Rolovich's claims against Governor Inslee are separable from the remaining claims against

DEFENDANT GOVERNOR JAY INSLEE'S MOTION FOR RULE 54(B) JUDGMENT
NO. 2:22-cv-00319-TOR

4

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

1  WSU, and there is no risk that an appellate court will have to decide the same
2  issues more than once. Moreover, all of the parties agree that final judgment as
3  to the claims asserted against Governor Inslee is appropriate.

4  **IV.   CONCLUSION**

5  There is no just reason to delay entry of a final appealable judgment against
6  Governor Inslee. Accordingly, he respectfully requests that the Court certify its
7  Order as a final judgment in favor of Governor Inslee pursuant to Rule 54(b),
8  enter findings and conclusions in support of that certification as set out in
9  Governor Inslee's proposed order, and direct the Clerk to enter judgment in
10 Governor Inslee's favor.

11 DATED this 20th day of July, 2023.

ROBERT W. FERGUSON
*Attorney General*

 s/ *Alicia O. Young*
ALICIA O. YOUNG, WSBA 35553
CRISTINA SEPE, WSBA 53609
 *Deputy Solicitors General*
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200
alicia.young@atg.wa.gov
cristina.sepe@atg.wa.gov

*Attorneys for Defendant Jay Inslee*

DEFENDANT GOVERNOR JAY INSLEE'S MOTION FOR RULE 54(B) JUDGMENT
NO. 2:22-cv-00319-TOR

5

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system.

DATED this 20th day of July, 2023, at Olympia, Washington.

*s/ Alicia O. Young*
ALICIA O. YOUNG, WSBA 35553
*Deputy Solicitor General*
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200
alicia.young@atg.wa.gov

DEFENDANT GOVERNOR JAY INSLEE'S MOTION FOR RULE 54(B) JUDGMENT
NO. 2:22-cv-00319-TOR

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200