AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 27, 2023

SEAN F. McAVOY, CLERK

| | |
|---|---|
| NICHOLAS ROLOVICH, *Plaintiff* <br> v. <br> WASHINGTON STATE UNIVERSITY, et al., *Defendant* | Civil Action No. 2:22-CV-0319-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other**: Defendant Governor Jay Inslee's Unopposed Motion for Rule 54(b) Judgment, ECF No. 37, is GRANTED. Pursuant to F. R. Civ. P. Rule 54(b), partial judgment of dismissal with prejudice is entered in favor of Defendant Governor Jay Inslee only.
The file remains OPEN.

This action was *(check one)*:

☐ **tried by a jury with Judge** _____ presiding, and the jury has rendered a verdict.

☐ **tried by Judge** _____ without a jury and the above decision was reached.

☑ **decided by Judge** THOMAS O. RICE

upon consideration of Defendant Governor Jay Inslee's Unopposed Motion for Rule 54(b) Judgment, ECF No. 37.

Date: July 27, 2023

*CLERK OF COURT*

SEAN F. McAVOY

*s/ B. Fortenberry*
*(By) Deputy Clerk*

B. Fortenberry