ROBERT W. FERGUSON
Attorney General

SPENCER W. COATES, WSBA #49683
Assistant Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

ZACHARY J. PEKELIS, WSBA #44557
Special Assistant Attorney General
PACIFICA LAW GROUP LLP
1191 2nd Avenue, Suite 2000
Seattle, WA 98101-3404
(206) 245-1700

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NICHOLAS ROLOVICH,<br><br>                    Plaintiff,<br><br>v.<br><br>WASHINGTON STATE UNIVERSITY,<br><br>                    Defendant. | No. 2:22-cv-00319-TOR<br><br>STIPULATED MOTION AND [PROPOSED] ORDER TO CONTINUE CASE DEADLINES AND AMEND SCHEDULING ORDER<br><br>August 19, 2024<br>Without Oral Argument |

Plaintiff Nicholas Rolovich and Defendant Washington State University submit this stipulated motion to continue the dispositive motions deadline. Since each party intends to file a motion for summary judgment, the Parties propose a briefing schedule for cross-motions for summary judgment below.

STIP. MOTION AND [PROP.] ORDER TO
CONTINUE CASE DEADLINES AND
AMEND SCHEDULING ORDER – 1
2:22-cv-00319-TOR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

## I. AUTHORITY

Under Federal Rule of Civil Procedure 16(b)(4), the Court may amend a scheduling order upon a showing of good cause. *See* ECF No. 44. Good cause exists to continue the dispositive motions deadline and issue an amended case scheduling order. The extension and briefing schedule for cross-motions for summary judgment will avoid duplicative filings and provide the Court with sufficient materials to rule on the parties' summary judgment motions.

## II. STIPULATED PORTION OF MOTION

For the reasons stated above, the Parties submit this stipulated motion to establish a briefing schedule for cross-motions for summary judgment. The Parties propose the following amended deadlines, which are reflected in the proposed Order submitted with this Motion.

| Case Event | Current Event Date | Proposed Amended Date |
|---|---|---|
| Dispositive Motion Deadline | 09/10/2024 | 10/14/2024 |
| Plaintiff Motion for Partial Summary Judgment (Partial MSJ) |  | 09/23/2024 |
| Defendant's Combined Response to Plaintiff's Partial MSJ/Cross-Motion for Summary Judgment (Cross-MSJ) |  | 10/14/2024 |
| Plaintiff's Combined Reply in Support of Partial MSJ/Response to Defendant's Cross-MSJ |  | 11/04/2024 |

STIP. MOTION AND [PROP.] ORDER TO
CONTINUE CASE DEADLINES AND
AMEND SCHEDULING ORDER – 2
2:22-cv-00319-TOR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

| Defendant's Reply in Support of Cross-MSJ | | 11/18/2024 |
|---|---|---|
| Hearing Date | 50 days from filing would be 10/30/24 | 50 days from filing would be 11/12/24 |

### III.    CONCLUSION

As described above, good cause exists for these case schedule changes, and the Parties believe they are necessary for the efficient resolution of this case.

STIPULATED to this 19th day of August, 2024.

| PACIFICA LAW GROUP LLP | FROST BROWN TODD |
|---|---|
| *s/Zachary J. Pekelis* | *s/Job Seese* |
| Zachary J. Pekelis WSBA #44557 | E. Job Seese, CO Bar #48379 |
| Special Assistant Attorney General | 1801 California St., Ste. 2700 |
| 1191 Second Ave., Suite 2000 | Denver, CO 80202 |
| Seattle, WA 98101 | |
| | Brian Fahling, WSBA #18894 |
| Spencer W. Coates, WSBA #49683 | LAW OFFICE OF BRIAN FAHLING |
| Assistant Attorney General | |
| 800 Fifth Avenue, Suite 2000 | |
| Seattle, WA 98101-3404 | Eric Kniffin, CO Bar #48016 |
| | KNIFFIN LAW |
| *Counsel for Defendant* | 102 S. Tejon St., Suite 1100 |
| *Washington State University* | Colorado Springs, CO 80903 |
| | *Counsel for Plaintiff* |

STIP. MOTION AND [PROP.] ORDER TO CONTINUE CASE DEADLINES AND AMEND SCHEDULING ORDER – 3
2:22-cv-00319-TOR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# ORDER

This matter having come before the Court by joint stipulated motion of counsel, and for good cause shown, IT IS ORDERED that the case schedule of the above-entitled case shall be amended as reflected below.

| Case Event | Current Event Date | Amended Date |
|---|---|---|
| Dispositive Motion Deadline | 09/10/2024 | 09/23/2024 |
| Plaintiff Partial MSJ | | 09/23/2024 |
| Defendant's Combined Response to Partial MSJ/Cross-MSJ | | 10/14/2024 |
| Plaintiff's Combined Reply in Support of Partial MSJ/Response to Defendant's Cross-MSJ | | 11/04/2024 |
| Defendant's Reply in Support of Cross-MSJ | | 11/18/2024 |

DATED this _____ day of August, 2024.

_____
HONORABLE THOMAS O. RICE
UNITED STATES DISTRICT JUDGE

STIP. MOTION AND [PROP.] ORDER TO
CONTINUE CASE DEADLINES AND
AMEND SCHEDULING ORDER – 4
2:22-cv-00319-TOR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2024, I electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system which will send notification of such filing to all parties who are registered with the CM/ECF system.

*s/ Zachary J. Pekelis*
Zachary J. Pekelis, WSBA #44557
Pacifica Law Group
1191 Second Avenue, Suite 2000
Seattle, WA 98101
(206) 245-1700

STIP. MOTION AND [PROP.] ORDER TO CONTINUE CASE DEADLINES AND AMEND SCHEDULING ORDER – 5
2:22-cv-00319-TOR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750