1

2

3

4

5        UNITED STATES DISTRICT COURT

6        EASTERN DISTRICT OF WASHINGTON

7   NICOLAS ROLOVICH,

                                                    CASE NO:  2:22-CV-0319-TOR
8                              Plaintiff,

                                                    SUMMARY JUDGMENT BRIEFING
9        v.                                          SCHEDULING

10  WASHINGTON STATE
    UNIVERSITY, an agency of the State
11  of Washington,

                              Defendant.

12       BEFORE THE COURT is the Parties' Stipulated Motion to Continue Case

13  Deadlines and Amend Scheduling Order.  ECF No. 74.  For good cause shown, the

14  Jury Trial Scheduling Order, ECF No. 44, is **VACATED** and the following

15  summary judgment briefing schedule is set forth.  If it becomes necessary to

16  reschedule this matter for trial, the Court will enter a new Jury Trial Scheduling

17  Order after the summary judgment motions are ruled upon.

18       **1.  Plaintiff's Motion for Partial Summary Judgment**

19       Plaintiff's motion for Partial Summary Judgment is due on or before

20  **September 23, 2024.**

SUMMARY JUDGMENT BRIEFING SCHEDULING ~ 1

**2.  Defendant's Motion for Summary Judgment**

Defendant's Combined Response to Plaintiff's Partial Motion for Summary Judgment and Cross-Motion for Summary Judgment is due on or before **October 14, 2024.**

**3.  Plaintiff's Combined Reply and Response**

Plaintiff's Combined Reply in Support of Partial Motion for Summary Judgment and Response to Defendant's Cross-Motion for Summary Judgment is due on or before **November 4, 2024**.

**4.  Defendant's Reply**

Defendant's Reply in Support of Cross-Motion for Summary Judgment is due on or before November 18, 2024.

**5. Hearing**

If the Parties request a hearing on the summary judgment motions, they shall contact the Court to schedule such.

IT IS SO ORDERED.  The District Court Clerk is directed to enter this Order and provide copies to the parties.

DATED August 21, 2024.



THOMAS O. RICE
United States District Judge

SUMMARY JUDGMENT BRIEFING SCHEDULING ~ 2