1  BRIAN FAHLING, WSBA #18894
   Law Office of Brian Fahling
2  559 Old Mill Rd
   Sandpoint, ID
3  (425) 802-7326

4
   ERIC KNIFFIN
5  Kniffin Law PLLC
   102 S. Tejon Street, Suite 1100
6  Colorado Springs, CO 80903
   (719) 246-8889
7

8  ERIC JOB SEESE
   Foster Brown Todd LLP
9  1801 California St.
   Suite 2700
10 Denver, CO 80202
   (303) 406-4901
11

12                                                    The Honorable Thomas O. Rice

13
              UNITED STATES DISTRICT COURT
14            EASTERN DISTRICT OF WASHINGTON

15

16 | NICHOLAS ROLOVICH,

17 |     Plaintiff,                    NO. 2:22-cv-00319

18 | v.                                **NOTICE OF WITHDRAWL OF**
                                       **BRIAN FAHLING FOR**
19 |                                   **PLAINTIFF NICHOLAS**
   WASHINGTON STATE                    **ROLOVICH**
20 UNIVERSITY, an agency of the
   State of Washington,
21
         Defendant.
22

23

24

25

26

NOTICE OF WITHDRAWAL OF BRIAN FAHLING FOR
PLAINTIFF NICHOLAS ROLOVICH- 1

**LAW OFFICE OF BRIAN FAHLING**
559 Old Mill Rd
Sandpoint, ID 83864
T: (425) 802-7326
E: bfahling@fahlinglaw.com

PLEASE TAKE NOTICE that Brian Fahling of the Law Office of Brian Fahling, withdraws as attorney of record for Plaintiff Nicholas Rolovich. This withdrawal is effective immediately. ERIC KNIFFIN of Kniffin Law PLLC, and Eric Job Seese, Michael A. Freimann, Meredith Grant, and Mamie Ling, all of Foster Brown Todd LLP, will continue to represent Nicholas Rolovich in this action.

DATED this 26th day of August, 2024.

/s/ Brian Fahling
Brian Fahling  WSBA #18894
LAW OFFICE OF BRIAN FAHLING
559 Old Mill Rd
Sandpoint, ID 83864
T: (425) 802-7326
E: bfahling@fahlinglaw.com

NOTICE OF WITHDRAWAL OF BRIAN FAHLING FOR PLAINTIFF NICHOLAS ROLOVICH- 2

LAW OFFICE OF BRIAN FAHLING
559 Old Mill Rd
Sandpoint, ID 83864
T: (425) 802-7326
E: bfahling@fahlinglaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2024, I caused the foregoing Notice of Withdrawal of Counsel to be electronically filed with the Clerk of the Court using the CM/ECF System which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

DATED this 26th day of August, 2024.

/s/ Brian Fahling

NOTICE OF WITHDRAWAL OF BRIAN FAHLING FOR PLAINTIFF NICHOLAS ROLOVICH- 3

LAW OFFICE OF BRIAN FAHLING
559 Old Mill Rd
Sandpoint, ID 83864
T: (425) 802-7326
E: bfahling@fahlinglaw.com