# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NICHOLAS ROLOVICH,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>WASHINGTON STATE UNIVERSITY,<br><br>　　　　　　　　　　Defendant. | Case No.   2:22-CV-0319-TOR<br><br>CIVIL MINUTES<br><br>DATE:   8/28/2024<br><br>LOCATION:   Spokane 902<br><br>TELEPHONIC DISCOVERY DISPUTE HEARING |

## JUDGE THOMAS O. RICE

| Bridgette Fortenberry | 02 | N/A | Crystal Gonzalez |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Brian Fahling / Eric N. Kniffin / Eric J. Seese<br>Mamie Ling | | Zachary J. Pekelis / Spencer W. Coates | |
| **Plaintiff's Counsel** | | **Defense Counsel** | |

[ ] **Open Court**　　　　　　[ ] **Chambers**　　　　　　[ X ] **Telephonic**

Parties present by telephone.   The Court has reviewed the file and the e-mail submission of the parties.

The Court and counsel discussed the issues raised by the parties in their submissions.
Mr. Pekelis presented argument on Defendant's behalf.
Mr. Seese presented argument on Plaintiff's behalf.

The Court issued an oral ruling.

No written order will follow.

TRANSCRIPT MAY BE ORDERED DIRECTLY FROM THE COURT REPORTER.

| CONVENED:  8:15 AM | ADJOURNED:  8:31 AM | TIME: 16 MINS | [ ] ORDER FORTHCOMING |
|---|---|---|---|