1  ROBERT W. FERGUSON
2  Attorney General

3  SPENCER W. COATES, WSBA #49683
   Assistant Attorney General
4  800 Fifth Avenue, Suite 2000
   Seattle, WA 98104-3188
5  (206) 464-7744

6  ZACHARY J. PEKELIS, WSBA #44557
7  Special Assistant Attorney General
   PACIFICA LAW GROUP LLP
8  1191 2nd Avenue, Suite 2000
   Seattle, WA 98101-3404
9  (206) 245-1700

10

11              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF WASHINGTON
12

13  NICHOLAS ROLOVICH,                    No. 2:22-cv-00319-TOR

14                  Plaintiff,            STIPULATED FORENSIC
15  v.                                    EXAMINATION PROTOCOL
                                          AND ORDER
16  WASHINGTON STATE
    UNIVERSITY,                           September 17, 2024
17
18                  Defendant.

19

20      Plaintiff Nicholas Rolovich and Defendant Washington State University
21  (collectively, the Parties) submit this Stipulated Forensic Examination Protocol
22  (Protocol). This Protocol establishes, pursuant to the Court's ruling of August 28,
23  2024, ECF No. 83, procedures to identify, preserve, inspect, analyze, search, and

24  STIPULATED FORENSIC
25  EXAMINATION PROTOCOL – 1
    2:22-cv-00319-TOR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

review data collected from Plaintiff's four mobile phones (a Samsung Galaxy S21 Ultra, a Samsung Galaxy A02s, an iPhone 8 Plus, and an iPhone SE) (collectively, Devices). The Parties hereby agree to the following:

**A.  Selection of and Costs Incurred for Forensic Consultant**

1. Defendant has engaged Aletheian Labs, LLC (Aletheian) to provide forensic consulting services. Upon the Parties' execution of this Protocol, Defendant shall provide this Protocol to Aletheian to carry out the tasks set forth herein. Further to the Court's August 28 order, Defendant is responsible for paying the costs associated with Aletheian's services related to this Protocol.

**B.  Delivery of Devices, Backups, and Files**

2. On or before September 18, 2024, Plaintiff shall provide to Aletheian the following: (1) the four mobile phones from which Plaintiff originally collected data in this case; and (2) login credentials, passwords, or passcodes necessary to access or decrypt the mobile phones, including but not limited to any Text Message applications on each mobile phone. Plaintiff shall transmit the devices via FedEx to Aletheian to facilitate delivery on or before September 18.

**C.  Custody of Devices, Backups, and Files**

3. Upon receipt, Aletheian shall document its custody of the Devices. Aletheian shall retain custody of the Devices and will not provide the Devices to Defendant, Defendant's counsel, or any third party except pursuant to this Protocol, an agreement by the Parties, or an order of this Court.

4. Upon completion of the examination and creation of a forensic extraction of each mobile phone, Aletheian will return the mobile phones to Plaintiff

STIPULATED FORENSIC
EXAMINATION PROTOCOL – 2
2:22-cv-00319-TOR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

via the same method in which they were delivered to Aletheian.

5.  Within 30 days of the conclusion of this case, including any appeal(s), upon written direction from Defendant's counsel, Aletheian shall destroy any forensic collections taken from the Devices, and any backups or other data produced to Aletheian by Plaintiff, excluding any extracted data within any declarations, expert reports, exhibits, or other work papers.

**D.  Examination and Analysis of Devices, Backups, and Files**

6.  Aletheian shall create forensic extractions of the Devices and perform an examination and analysis of the Devices in accordance with this Protocol.

7.  Aletheian will initially examine the forensic extractions of the Devices or any other files resulting from any collection of the four mobile phones to determine whether any text messages, chat messages, or other similar communications (together, "Text Messages") responsive to WSU's discovery requests were deleted, corrupted, altered, lost, or otherwise made inaccessible, including by analyzing "empty messages" and/or "unknown address" appearing in Text Messages.

8.  Aletheian shall report the results of its examination and analysis to Plaintiff's and Defendant's counsel simultaneously without referencing or describing the substance of any specific communications or documents that Aletheian reviewed during the examination.

**E.  Search and Review of Data**

9.  After performing this initial examination, if Aletheian determines that Text Messages on the Devices or in Plaintiff's productions have been deleted,

STIPULATED FORENSIC
EXAMINATION PROTOCOL – 3
2:22-cv-00319-TOR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

altered, lost, or otherwise made inaccessible, Defendant may direct Aletheian to search all Text Messages in applications within the timeframe of January 1, 2020, to November 14, 2022, that hit upon any of the search terms set forth in **Appendix A**, attached hereto.[1]

10. After performing this search, Aletheian will perform a comparison of the results of this search with the previously produced Text Messages to determine the Text Messages that were not previously produced.

11. For any Text Messages that were not previously produced, which hit upon, or are part of a conversation that hits upon, any of the search terms set forth in **Appendix A**, Aletheian will permit Plaintiff's counsel to review those Text Messages to determine if any should be withheld or redacted as privileged. Within ten (10) days of receipt, Plaintiff's counsel shall complete their privilege review, redact or withhold any privileged Text Messages, and release any non-privileged Text Messages to Defendant's counsel to review with new bates numbers. There is no expectation that these new Text Messages will align with any previously produced bates numbers. Within five (5) days of completion of their privilege review, Plaintiff's counsel will provide to Defendant's counsel a privilege log of any documents or data resulting from Aletheian's search that was withheld or redacted on the basis of privilege.

12. For any Text Messages that were previously produced by Plaintiff in an incomplete or flawed format (for example, a text message chain with "empty

---

[1] Aletheian may alter the search syntax of any of the search terms to conform with Aletheian's forensic search tool's capabilities and its required syntax to run searches.

STIPULATED FORENSIC
EXAMINATION PROTOCOL – 4
2:22-cv-00319-TOR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

messages") and, based on Aletheian's analysis of the data, do not contain any new or unproduced Text Messages, Aletheian may reproduce those Text Messages in an improved format (for example, without "empty messages" appearing in a text thread) directly to Plaintiff's and Defendant's counsel.

F.  **Reservation of Rights**

13. The Parties reserve the right to request that additional inspection, examination, and analysis be performed of the Devices, any backups of the Devices previously created (e.g., via Plaintiff's iCloud or Google accounts) or the Cellebrite extractions or any other files resulting from the previous collections of any of the Devices by Plaintiff's counsel or its vendor(s). The Parties will confer regarding such request for additional inspection, examination, or analysis. If the Parties cannot reach an agreement, the requesting Party may seek Court intervention.

STIPULATED to this 17th day of September, 2024.

| PACIFICA LAW GROUP LLP | FROST BROWN TODD LLP |
|---|---|
| *s/Zachary J. Pekelis* | *s/E. Job Seese* |
| Zachary J. Pekelis, WSBA #44557 | E. Job Seese, CO Bar #48379 |
| Ai-Li Chiong-Martinson, WSBA #53359 | Michael A. Freiman, CO Bar #35430 |
| Erica P. Coray, WSBA #61987 | Mamie Ling, CO Bar #49483 |
| W. Scott Ferron, WSBA #61154 | Meredith Grant, CO Bar #59667 |
| Special Assistant Attorneys General | 1801 California St., Ste. 2700 |
| 1191 Second Ave., Suite 2000 | Denver, CO 80202 |
| Seattle, WA 98101 | |
| Spencer W. Coates, WSBA #49683 | Brian Fahling, WSBA #18894 |
| Assistant Attorney General | LAW OFFICE OF BRIAN FAHLING |
| 800 Fifth Avenue, Suite 2000 | |

STIPULATED FORENSIC
EXAMINATION PROTOCOL – 5
2:22-cv-00319-TOR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

Seattle, WA 98101-3404

*Counsel for Defendant
Washington State University*

8124 NE 166th St.
Kenmore, WA 98028

Eric Kniffin, CO Bar #48016
KNIFFIN LAW
102 S. Tejon St., Suite 1100
Colorado Springs, CO 80903

*Counsel for Plaintiff Nick Rolovich*

STIPULATED FORENSIC
EXAMINATION PROTOCOL – 6
2:22-cv-00319-TOR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

**ORDER**

This matter having come before the Court by joint stipulated motion of counsel, and for good cause shown, IT IS SO ORDERED.

DATED this _____ day of September, 2024.

_____
HONORABLE THOMAS O. RICE
UNITED STATES DISTRICT JUDGE

STIPULATED FORENSIC
EXAMINATION PROTOCOL – 7
2:22-cv-00319-TOR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2024, I electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system which will send notification of such filing to all parties who are registered with the CM/ECF system.

        *s/ Zachary J. Pekelis*
Zachary J. Pekelis, WSBA #44557
Pacifica Law Group
1191 Second Avenue, Suite 2000
Seattle, WA 98101
(206) 245-1700

STIPULATED FORENSIC
EXAMINATION PROTOCOL – 8
2:22-cv-00319-TOR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750