Stipulated Forensic Examination Protocol

# Appendix A

<u>RFP 8 Search Terms</u>

The date range to apply to the RFP 8 search terms is January 1, 2020 to November 14, 2022.

| | | |
|---|---|---|
| COVID* | SARS* | vacc* |
| unvaccin* | vax* | shot |
| jab | mandate | virus |
| "viral load" | efficacy | corona* |
| rona | disease | variant |
| Delta | Omicron | adverse |
| EUA | "emergency use" | CDC |
| FDA | Pfizer | BioNTech |
| COMIRNATY | Moderna | Johnson |
| J&J | Novavax | mRNA |
| discriminat* | religio* | exempt* |
| proclam* | emergency | "public health" |
| "executive order" | regulat* | protocol* |
| 21-14* | Inslee | Gov* |
| pandemic | epidemic | endemic |
| accommodat* | discriminat* | lawsuit |
| damages | hardship | breach |
| immun* | "just cause" | Catholic |

| conscience | catechism | fetal |
|---|---|---|
| fetus | abort* | stem |
| mask* | "face cover*" | transmi* |
| infect* | spread | "social distanc*"~5 |
| hospital* | ICU | cure |
| treatment | therap* | death |
| ivermec* | chloroq* | hydroxychl* |
| azithromy* | Zitroneer | Wuhan |
| "Lab leak"~5 | China | Flu |
| "("gov*")("requir*")"~5 | Objection | exempt* |
| pharma* | myocard | medicin* |
| respira* | passport | booster |
| dose | fire* | terminat* |
| HRS | EHS | EH&S |
| VAERS | surviva* | shed* |
| symptom* | asymptom* | PCR |
| Antigen | "Free exercise" | "World Health Organization" |

<u>RFP 17 Search Terms</u>

The date range to apply to the RFP 17 search terms is March 1, 2021 to October 6, 2023. Only communications with any of the following individuals or their representatives will be searched: Victor Gabalis, Chau Smith, Abe Lucas, Liam Ryan, Konner Gomness, Jarrett Kingston, Daniel Isom, Lincoln Victor, Jen Greeney, Burdette Greeney, David Fox, Mark Weber, John

Richardson, Craig Stutzmann, Rick Logo, Sammie Parker, Kolney Cassel, Stanley Franks, Jason Cvercko, Jack Thompson, Allison Williams, Jason Rantz, Jason Whitlock, Paul Heric, Bishop Tom Daley, Dan Morrison, June Jones, Mike Leach, Brent Brennan, and Thayer Evans.

| | | |
|---|---|---|
| Pat* | Chun | PC |
| Kirk | Schulz | EEOC |
| tort | "health directives" | "health and safety" |
| Anne | McCoy | Bryan |
| Blair | mental | cult* |
| exempt* | Leathers | "situational integrity" |
| "con-man" | Regent* | HRS |
| "Human Resource*" | Phil | Weiler |
| "EH&S" | "Environmental Health" | Bhattacharya |
| "survival rate" | asymptomatic | "DailyMed" |
| workday | Wilner | memo* |
| Sorensen | "City Council*" | trespass* |
| Daviscourt | immunity | Oct* /2 18 |
| "10/18" | | |