# Exhibit B

# Fr Paul Texts

Table of Contents

1  ROLOVICH00030919

2  ROLOVICH00030923

3  ROLOVICH00012142

4  ROLOVICH00034053

5  ROLOVICH00012144

6  ROLOVICH00012146

7  ROLOVICH00001293

8  ROLOVICH00001297

9  ROLOVICH00012150

10  ROLOVICH00034057

11  ROLOVICH00001415

12  ROLOVICH00012152

13  ROLOVICH00012154

14  ROLOVICH00001417

15  ROLOVICH00034059

16  ROLOVICH00034061

17  ROLOVICH00012156

18  ROLOVICH00001300

19  ROLOVICH00001419

20  ROLOVICH00001421

21  ROLOVICH00026028

22  ROLOVICH00035188

23  ROLOVICH00035199

24  ROLOVICH00035200

25  ROLOVICH00026914

26  ROLOVICH00035327

**Chat with "Father Paul" <+15095998437> on July 26, 2021**

All Parties: Father Paul <+15095998437>; +15095955272

**Earliest item: 2021-07-26 08:35:43**
**Latest item: 2021-07-26 11:08:39**

**Monday 26 July 2021**

Instant Message : Native Messages                    Time: 08:35:43
From: Father Paul <+15095998437>

How you holding up?

Instant Message : Native Messages                    Time: 08:36:28
From: +15095955272

Without the strength He has given me, I would be a broken man.

Instant Message : Native Messages                    Time: 09:41:13
From: Father Paul <+15095998437>

Here for you.

ROLOVICH00030919

Instant Message : Native Messages                    Time: 10:55:58
From: Father Paul <+15095998437>

64901494387__86F5C4CF-204C-432B-8ED3-433249938F42.HEIC



https://p13-
content.icloud.com/M3E49350BA395947F1B60F5BA6C345E8E03765F71
D508FCEC05FB9F0385E3BDFD.C01USN00

Instant Message : Native Messages                    Time: 11:02:57
From: Father Paul <+15095998437>

Nick

I found this helpful.

What happens in the end I you got the shot an it was all good. It's a
very good chance it will be. As you said most are getting the variant
who have not gotten the shot. I believe because of the kind of man you
are an your charter getting the vaccine would not impede you. As one
who has worked with college for 20 years I desire to have you so much
at WSU. Your a game changer! Peace.

Exhibit B Page 5

ROLOVICH00030920

Instant Message : Native Messages                              Time: 11:08:39
From: +15095955272

Thank you for your counsel and info the past few days. It has been pretty amazing for me with my reconnection with God over the past year or so. I am awaiting some medical results currently that will help me with my decision.

**End Thread**

Thread Statistics
**Instant Message Count:** 6

ROLOVICH00030921

**Chat with "Father Paul" <+15095998437> on August 1, 2021**

All Parties: Father Paul <+15095998437>; +15095955272

Earliest item: 2021-08-01 10:28:45
Latest item: 2021-08-01 10:38:39

**Sunday 01 August 2021**

Instant Message : Native Messages          Time: 10:28:45
From: Father Paul <+15095998437>

Happy Sunday to you Nick in your family.

Instant Message : Native Messages          Time: 10:29:05
From: +15095955272

Thank you father.

Instant Message : Native Messages          Time: 10:29:39
From: +15095955272

I realized He carried me through this last week, much like footprints.

Instant Message : Native Messages          Time: 10:31:38
From: Father Paul <+15095998437>

Yes he has.

Instant Message : Native Messages          Time: 10:33:02
From: Father Paul <+15095998437>

How is your wife an And children been doing?

Instant Message : Native Messages          Time: 10:34:21
From: +15095955272

Struggling with schooling decision for this fall. I still love her and honor her as my wife and mother of our children.

**Instant Message : Native Messages**
**From:** +15095955272

**Time: 10:34:47**

I am very proud of the children and the kind young people they have become.

**Instant Message : Native Messages**
**From:** Father Paul <+15095998437>

**Time: 10:38:39**

Have you come to a decision about getting the vaccine or not?

**End Thread**

Thread Statistics
**Instant Message Count:** 8

ROLOVICH00030924

**Chat with "Father Paul" <+15095998437> on August 9, 2021**

All Parties: Father Paul <+15095998437>; Unknown

Earliest item: 2021-08-09 12:22:17
Latest item: 2021-08-09 19:35:14

**Monday 09 August 2021**

Instant Message : Native Messages                 Time: 12:22:17
From: Unknown

I read this this morning regarding temptation..."Keep in mind, temptation itself is not a sin. Being tempted is not the same as sinning. Sinning is when you yield to the temptation. Satan uses temptation to move us away from the will of God. He offers the down payment of pleasure, numbing pain, or distraction so that he can come back later for full payment with interest.

Instant Message : Native Messages                 Time: 12:37:27
From: Father Paul <+15095998437>

Fantastic insight.

Instant Message : Native Messages                 Time: 12:44:16
From: Father Paul <+15095998437>

I know your slammed but would love to show the Catholic student center. It's behind the Couge

Instant Message : Native Messages                 Time: 13:04:42
From: Father Paul <+15095998437>

Y the way I met one one with Dean you field goal kicker. What an amazing Man. So impressed. He really loves you as a coach. You need to know your players care about you.

Instant Message : Native Messages                 Time: 15:08:33
From: Unknown

He is amazing, organized a snow removal for some needy people in the community last winter

ROLOVICH00012142

Instant Message : Native Messages                    Time: 19:35:14
From: Father Paul <+15095998437>

All your players I work with are Quality men of God.

**End Thread**

Thread Statistics
**Instant Message Count:** 6

ROLOVICH00012143

**Chat with "Father Paul" <+15095998437> on August 16, 2021**

All Parties: +15095955272; Father Paul <+15095998437>; Unknown

**Earliest item: 2021-08-16 05:05:00**
**Latest item: 2021-08-16 22:08:41**

**Monday 16 August 2021**

Instant Message : Native Messages                    Time: 05:05:00
From: Unknown

"Providence is the hand of God moving in the glove of history"

Instant Message : Native Messages                    Time: 07:21:15
From: Father Paul <+15095998437>

Again would really like to chat.

Instant Message : Native Messages                    Time: 16:52:54
From: Father Paul <+15095998437>

How was your day?

Instant Message : Native Messages                    Time: 19:46:35
From: Father Paul <+15095998437>

Pure love is capable of great deeds, and it is not broken by difficulty or adversity. As it remains strong in the midst of great difficulties, so too it perseveres in the toilsome and drab life of each day. - Saint Faustina

Instant Message : Native Messages                    Time: 19:47:39
From: Unknown

Thank you

Instant Message : Native Messages                    Time: 19:48:29
From: Father Paul <+15095998437>

This is the root of marriage

ROLOVICH00034053

Instant Message : Native Messages                    Time: 22:00:47
From: Father Paul <+15095998437>



Instant Message : Native Messages                    Time: 22:01:40
From: Unknown

They are gonna fire me Father

Instant Message : Native Messages                    Time: 22:02:30
From: Father Paul <+15095998437>

Do you know that for sure.

ROLOVICH00034054

Instant Message : Native Messages                    Time: 22:02:42
From: Unknown

Yes

Instant Message : Native Messages                    Time: 22:04:44
From: Unknown

Not at all

Instant Message : Native Messages                    Time: 22:07:42
From: Father Paul <+15095998437>

Ok. Then know you have my support. Your a man of great courage an conviction.

Instant Message : Native Messages                    Time: 22:08:28
From: Father Paul <+15095998437>

I will pray for your heart because I am sure it is breaking.

Instant Message : Native Messages                    Time: 22:08:29
From: Unknown

It is only possible now that God has entered my heart

Instant Message : Native Messages                    Time: 22:08:41
From: Father Paul <+15095998437>

Amen.

**End Thread**

Thread Statistics
**Instant Message Count: 15**

ROLOVICH00034055

**Chat with "Father Paul" <+15095998437> on August 18, 2021**

All Parties: Father Paul <+15095998437>; Unknown

**Earliest item: 2021-08-18 10:09:24**
**Latest item: 2021-08-18 20:31:10**

**Wednesday 18 August 2021**

Instant Message : Native Messages                    Time: 10:09:24
From: Father Paul <+15095998437>

Know, and fix in your heart, that the Lord is God in the heavens above and on earth below, and that there is no other. You must keep his statutes and commandments which I enjoin on you today.

Instant Message : Native Messages                    Time: 11:25:35
From: Unknown

Did a proclamation this morning, and enjoyed it.

Instant Message : Native Messages                    Time: 11:25:59
From: Father Paul <+15095998437>

Sweet

Instant Message : Native Messages                    Time: 13:51:53
From: Father Paul <+15095998437>

Could you send my your talk an power point on the gospel you gave at Camp.

Instant Message : Native Messages                    Time: 13:53:38
From: Father Paul <+15095998437>

Sorry wrong person.

ROLOVICH00012144

Instant Message : Native Messages                    Time: 13:54:44
From: Father Paul <+15095998437>

Peace

Instant Message : Native Messages                    Time: 20:25:11
From: Father Paul <+15095998437>

How was your day

Instant Message : Native Messages                    Time: 20:25:32
From: Unknown

Tough

Instant Message : Native Messages                    Time: 20:26:06
From: Father Paul <+15095998437>

Ok. What was going on? What you feeling

Instant Message : Native Messages                    Time: 20:29:50
From: Father Paul <+15095998437>

How was it tough

Instant Message : Native Messages                    Time: 20:31:10
From: Father Paul <+15095998437>

5 Trust in the LORD with all your heart and lean not on your own understanding; 6 in all your ways submit to him, and he will make your paths straight.

**End Thread**

Thread Statistics
**Instant Message Count:** 11

ROLOVICH00012145

**Chat with "Father Paul" <+15095998437> on August 19, 2021**

All Parties: Father Paul <+15095998437>; Unknown

Earliest item: 2021-08-19 05:48:01
Latest item: 2021-08-19 23:24:30

**Thursday 19 August 2021**

Instant Message : Native Messages                    Time: 05:48:01
From: Unknown

Father, why would it be that the devil is coming after me so strongly? And so consistently since I arrived in Pullman.

Instant Message : Native Messages                    Time: 06:31:03
From: Father Paul <+15095998437>

Nick Gods grace is enough for you. He has no power over you. You are enough an a beloved son of the Father. You are protected in Jesus name.

Instant Message : Native Messages                    Time: 06:52:06
From: Father Paul <+15095998437>

https://ac.wordonfire.org/Prod/link-tracker?redirectUrl=aHR0cHMlM0ElMkYlMkZ3d3cud29yZG9uZmlyZS5jvmclMkZwZXRlRlcnNvbi1iib29y&a=999795128&account=wordonfire%2Eactivehosted%2Ecom&email=yR7bRLKkIBb%2FKS4efJ1KjWydMBTpgs8%2By%2BzgO7vf48c%3D&s=790d4a66642529888ed3cfbdb80027b7&i=6524A13089A94A1444765

Instant Message : Native Messages                    Time: 07:15:34
From: Father Paul <+15095998437>

https://youtu.be/wlQ2PgQeWmQ

Instant Message : Native Messages                    Time: 07:15:45
From: Father Paul <+15095998437>

Listen to this song

Exhibit B Page 16

ROLOVICH00012146

Instant Message : Native Messages
From: Father Paul <+15095998437>

Time: 07:15:56

I am around all day

Instant Message : Native Messages
From: Father Paul <+15095998437>

Time: 07:42:57

From the book of the prophet Isaiah

11:1-16

Instant Message : Native Messages
From: Father Paul <+15095998437>

Time: 07:43:28

Look this up an read. The Father is raising you up.

Instant Message : Native Messages
From: Father Paul <+15095998437>

Time: 15:23:53

How you holding up right now

Instant Message : Native Messages
From: Father Paul <+15095998437>

Time: 15:25:10

Victor is one happy Man today.

Instant Message : Native Messages
From: Unknown

Time: 15:26:25

He makes me happy everyday

Instant Message : Native Messages
From: Father Paul <+15095998437>

Time: 15:26:51

?

Has Pat considered if they let you go how many player may not play?

ROLOVICH00012147

Instant Message : Native Messages    Time: 15:27:32
From: Unknown

I am not sure. He hasn't talked about that

Instant Message : Native Messages    Time: 15:27:53
From: Father Paul <+15095998437>

He really should.

Instant Message : Native Messages    Time: 15:28:18
From: Unknown

I try hard to avoid threats

Instant Message : Native Messages    Time: 15:29:14
From: Unknown

Talked with Bishop Daly today. He agreed to help. How God brought him back in my life is truly amazing. And you Father

Instant Message : Native Messages    Time: 15:33:02
From: Father Paul <+15095998437>

I know you would never ever

Say that. But I am more interested if they thought of that.

And thank you! You really have inspired me

To think through issues like this at a deeper level.

Instant Message : Native Messages    Time: 16:05:46
From: Unknown

Can I call you later

Instant Message : Native Messages    Time: 16:19:52
From: Father Paul <+15095998437>

Yes

Exhibit B Page 18

ROLOVICH00012148

Instant Message : Native Messages                                    Time: 22:55:21
From: Father Paul <+15095998437>

What is your email

Instant Message : Native Messages                                    Time: 22:56:45
From: Unknown

Nrolo21@hotmail.com

Instant Message : Native Messages                                    Time: 23:21:47
From: Father Paul <+15095998437>

good conscience is another fundamental element of Christian moral teaching. "Conscience is a judgment of reason by which the human person recognizes the moral quality of a concrete act" (CCC, no. 1796). "Man has in his heart a law inscribed by God. . . . His conscience is man's most secret core, and his sanctuary" (GS, no. 16).

Instant Message : Native Messages                                    Time: 23:24:30
From: Father Paul <+15095998437>

Based on are conversations Nick this is what I have heard you saying.

**End Thread**

Thread Statistics
**Instant Message Count:** 23

ROLOVICH00012149

**Chat with "Father Paul" <+15095998437> on August 20, 2021**

All Parties: Father Paul <+15095998437>; Unknown

**Earliest item: 2021-08-20 05:26:56**
**Latest item: 2021-08-20 23:50:40**

**Friday 20 August 2021**

Instant Message : Native Messages                    Time: 05:26:56
From: Unknown

I like the first definition or quote.

Instant Message : Native Messages                    Time: 05:27:40
From: Unknown

Have you read the poem "If"?

Instant Message : Native Messages                    Time: 05:39:26
From: Unknown

"God has a way of blessing you exactly where you experienced the pain the most."

Ephraim, meaning " God has made me fruitful in the land of my affliction."

This made sense to me, this team is like something I've never been around. The % of love and commitment in a very troubling time is unmatched. I am grateful for them.

Instant Message : Native Messages                    Time: 06:54:23
From: Father Paul <+15095998437>

I believe I have.

Instant Message : Native Messages                    Time: 07:18:19
From: Father Paul <+15095998437>

The definition I send you on conscience is the classic one from the catholic catechism. I recommend you spend allot of thought with it.

Instant Message : Native Messages    Time: 07:19:44
From: Father Paul <+15095998437>

I am coming to practice today. Over looking the practice field on top.

Instant Message : Native Messages    Time: 07:21:00
From: Unknown

I've noticed you before. You attack the stairs with a vigor of a college hill resident. Its keeping you young father.

Instant Message : Native Messages    Time: 07:22:01
From: Father Paul <+15095998437>

My calves are huge.

Instant Message : Native Messages    Time: 08:28:05
From: Father Paul <+15095998437>

Your proclamation today

Lord, + open my lips.

– And my mouth will proclaim your praise.

Instant Message : Native Messages    Time: 11:16:12
From: Father Paul <+15095998437>

Entrust your cares to the Lord *

and he will support you.

He will never allow *

the just man to stumble.

Instant Message : Native Messages    Time: 11:17:19
From: Unknown

Do you think he allows for stumbles?

ROLOVICH00001294

Instant Message : Native Messages   Time: 11:18:06
From: Unknown

I feel like a just man can stumble but may never fall in the Lords eyes?

Instant Message : Native Messages   Time: 11:21:59
From: Father Paul <+15095998437>

We all stumble yet our focus cannot not be on that. Our interior gaze on the Lord is what keep fixed on him. It's that interior Sanctuary of the Heart that keeps us focused.

Instant Message : Native Messages   Time: 11:22:33
From: Unknown

I'm on that train. Makes sense

Instant Message : Native Messages   Time: 11:23:27
From: Father Paul <+15095998437>

Yes you are. One day at a time.

Instant Message : Native Messages   Time: 11:24:52
From: Father Paul <+15095998437>

I have something for you. You free at 1 for me to drop it off?

Instant Message : Native Messages   Time: 11:40:20
From: Unknown

I should be, unless they call me to another meeting

Instant Message : Native Messages   Time: 13:14:55
From: Father Paul <+15095998437>

I am outside your complex

ROLOVICH00001295

Instant Message : Native Messages     Time: 13:15:14
From: Unknown

I'll be right down

Instant Message : Native Messages     Time: 13:15:14
From: Father Paul <+15095998437>

First foor

Instant Message : Native Messages     Time: 22:28:29
From: Father Paul <+15095998437>

How you doing?

Instant Message : Native Messages     Time: 23:50:40
From: Father Paul <+15095998437>

What time is practice

**End Thread**

Thread Statistics
**Instant Message Count:** 22

ROLOVICH00001296

**Chat with "Father Paul" <+15095998437> on August 24, 2021**

All Parties: Father Paul <+15095998437>; Unknown

Earliest item: 2021-08-24 08:22:23
Latest item: 2021-08-24 19:32:18

**Tuesday 24 August 2021**

Instant Message : Native Messages                 Time: 08:22:23
From: **Father Paul <+15095998437>**

4. "Talent wins games, but teamwork and intelligence win championships."

Instant Message : Native Messages                 Time: 08:25:55
From: **Father Paul <+15095998437>**

"You never know how strong you are, until being strong is your only choice." "Calm mind brings inner strength and self-confidence, so that's very important for good health." "Life doesn't get easier or more forgiving, we get stronger and more resilient." "Courage is grace under pressure."

Instant Message : Native Messages                 Time: 09:44:49
From: **Father Paul <+15095998437>**

Are you around I want to bring something to you

Instant Message : Native Messages                 Time: 10:59:02
From: **Unknown**

In a meeting. Are you here?

Instant Message : Native Messages                 Time: 10:59:46
From: **Father Paul <+15095998437>**

In five. I want to drop off the religious exemption form from the diocese for you to sign

ROLOVICH00001297

Instant Message : Native Messages          Time: 11:00:25
From: Unknown

Ok, I can come down when you get here

Instant Message : Native Messages          Time: 11:03:59
From: Father Paul <+15095998437>

Here

Instant Message : Native Messages          Time: 13:16:02
From: Father Paul <+15095998437>

https://youtu.be/wlQ2PgQeWmQ

Instant Message : Native Messages          Time: 13:16:25
From: Father Paul <+15095998437>

This is how much you ate love.

Instant Message : Native Messages          Time: 18:42:54
From: Father Paul <+15095998437>

How things going.

Instant Message : Native Messages          Time: 19:23:01
From: Unknown

Great, excited to see Uniontown

Instant Message : Native Messages          Time: 19:23:54
From: Father Paul <+15095998437>

Nice. Any word from Pat?

Instant Message : Native Messages          Time: 19:24:32
From: Unknown

No, I haven't turned anything in yet

ROLOVICH00001298

Instant Message : Native Messages                Time: 19:32:18
From: Father Paul <+15095998437>

Ok

**End Thread**

Thread Statistics
**Instant Message Count:** 14

ROLOVICH00001299

**Chat with "Father Paul" <+15095998437> on August 28, 2021**

All Parties: Father Paul <+15095998437>; Unknown

Earliest item: 2021-08-28 08:28:40
Latest item: 2021-08-28 09:31:07

**Saturday 28 August 2021**

Instant Message : Native Messages    Time: 08:28:40
From: Unknown

Next time we get a few minutes, I would love to discuss Babylon.

Instant Message : Native Messages    Time: 08:29:58
From: Father Paul <+15095998437>

Ok. Don't know allot allot. But sure

Instant Message : Native Messages    Time: 08:30:50
From: Unknown

I will do some research. Is it mentioned in the Old Testament?

Instant Message : Native Messages    Time: 08:31:26
From: Father Paul <+15095998437>

That would be great.

Instant Message : Native Messages    Time: 09:27:41
From: Father Paul <+15095998437>

You an your wife have plans tonight

Instant Message : Native Messages    Time: 09:28:38
From: Unknown

Watching football games on TV. What do you have in mind?

ROLOVICH00012150

Instant Message : Native Messages                    Time: 09:29:54
From: Father Paul <+15095998437>

Well! We're you watching football

Instant Message : Native Messages                    Time: 09:30:36
From: Unknown

At my home, I am not going out. If I get covid I'm done here. Staying in my bubble

Instant Message : Native Messages                    Time: 09:31:07
From: Father Paul <+15095998437>

I know that.

**End Thread**

Thread Statistics
**Instant Message Count:** 9

ROLOVICH00012151

## Chat with "Father Paul" <+15095998437> on September 3, 2021

All Parties: Father Paul <+15095998437>; Unknown

**Earliest item: 2021-09-03 08:07:06**
**Latest item: 2021-09-03 15:09:00**

**Friday 03 September 2021**

Instant Message : Native Messages                    Time: 08:07:06
From: **Father Paul <+15095998437>**

"When you pass through the waters, I will be with you; and through the rivers, they shall not overwhelm you; when you walk through fire you shall not be burned, and the flame shall not consume you."

Isaiah 43:2

Instant Message : Native Messages                    Time: 08:08:28
From: **Unknown**

Thats a good one, good timing

Instant Message : Native Messages                    Time: 08:10:04
From: **Father Paul <+15095998437>**

Know that you will be taken care of. You have a great support system. Lots of love for you Nick.

Instant Message : Native Messages                    Time: 13:34:26
From: **Father Paul <+15095998437>**

How you doing

Instant Message : Native Messages                    Time: 14:55:27
From: **Unknown**

Great

ROLOVICH00034057

**Instant Message : Native Messages**                    Time: 14:55:38
From: **Unknown**

These boys get to play tomorrow

**Instant Message : Native Messages**                    Time: 15:06:37
From: **Father Paul <+15095998437>**

Yes sir they do. And you are there leader.

**Instant Message : Native Messages**                    Time: 15:07:38
From: **Unknown**

"Their". Men of the clothe must still have proper grammar Father. Thank you for your presence

**Instant Message : Native Messages**                    Time: 15:08:15
From: **Father Paul <+15095998437>**

Shit. I flunk grammar.

**Instant Message : Native Messages**                    Time: 15:08:39
From: **Unknown**

But you aced goodness

**Instant Message : Native Messages**                    Time: 15:09:00
From: **Father Paul <+15095998437>**

Sometimes. Thank u

**End Thread**

Thread Statistics
**Instant Message Count: 11**

Exhibit B Page 30

ROLOVICH00034058

**Chat with "Father Paul" <+15095998437> on September 8, 2021**

All Parties: Father Paul <+15095998437>; Unknown

**Earliest item: 2021-09-08 06:04:25**
**Latest item: 2021-09-08 13:57:05**

**Wednesday 08 September 2021**

Instant Message : Native Messages                    Time: 06:04:25
From: Unknown

Today is a new day and I'm excited about it.

Instant Message : Native Messages                    Time: 07:32:15
From: Father Paul <+15095998437>

Praise God

Instant Message : Native Messages                    Time: 13:02:02
From: Father Paul <+15095998437>

Hey are you free to chat in person

Instant Message : Native Messages                    Time: 13:05:04
From: Unknown

Sure

Instant Message : Native Messages                    Time: 13:07:48
From: Unknown

I have a meeting with Pat shortly but should be available sometime after that

Instant Message : Native Messages                    Time: 13:19:17
From: Father Paul <+15095998437>

Ok. Praying for you. I think it's time if he does not know about your taking the religious exemption.

Instant Message : Native Messages                           Time: 13:49:44
From: Unknown

I am done with Pat, if you want to get together

Instant Message : Native Messages                           Time: 13:50:09
From: Father Paul <+15095998437>

Yes. On my way Dow.

Instant Message : Native Messages                           Time: 13:57:05
From: Father Paul <+15095998437>

Outside

**End Thread**

Thread Statistics
**Instant Message Count:** 9

Exhibit B Page 32

ROLOVICH00001416

**Chat with "Father Paul" <+15095998437> on September 14, 2021**

All Parties: Father Paul <+15095998437>; Unknown

**Earliest item: 2021-09-14 08:46:25**
**Latest item: 2021-09-14 18:56:36**

**Tuesday 14 September 2021**

Instant Message : Native Messages                    Time: 08:46:25
From: Father Paul <+15095998437>

B

rothers and sisters:

Christ Jesus, though he was in the form of God,

did not regard equality with God something to be grasped.

Rather, he emptied himself,

taking the form of a slave,

coming in human likeness;

and found human in appearance,

he humbled himself,

becoming obedient to death,

even death on a cross.

Because of this, God greatly exalted him

and bestowed on him the name

that is above every name,

that at the name of Jesus

every knee should bend,

of those in heaven and on earth and under the earth,

and every tongue confess that

Jesus Christ is Lord,

to the glory of God the Father.

ROLOVICH00012152

Instant Message : Native Messages
From: Father Paul <+15095998437>

Time: 18:10:01

Hello Coach how have you been doing?

Instant Message : Native Messages
From: Unknown

Time: 18:11:24

I've been ok, deadline is approaching

Instant Message : Native Messages
From: Father Paul <+15095998437>

Time: 18:11:55

Did you fill out your paperwork

Instant Message : Native Messages
From: Unknown

Time: 18:56:36

Not yet

**End Thread**

Thread Statistics
**Instant Message Count: 5**

ROLOVICH00012153

**Chat with "Father Paul" <+15095998437> on September 27, 2021**

All Parties: Father Paul <+15095998437>; Unknown

**Earliest item: 2021-09-27 09:33:52**
**Latest item: 2021-09-27 10:56:11**

**Monday 27 September 2021**

Instant Message : Native Messages                    Time: 09:33:52
From: Father Paul <+15095998437>

I am in Spokane till Wednesday. If you need anything please let me know.

Instant Message : Native Messages                    Time: 09:43:39
From: Father Paul <+15095998437>

Philippians 1:20, 21

I know that I shall never be put to shame,

because my hopes and expectations have never been disappointed.

I fully trust that now as always

– Christ will be glorified in me,

whether I live or die.

For to me life is Christ, and death is gain.

– Christ will be glorified in me,

whether I live or die.

Instant Message : Native Messages                    Time: 10:37:37
From: Father Paul <+15095998437>

Do you have 10 minutes to talk

Instant Message : Native Messages                    Time: 10:40:47
From: Father Paul <+15095998437>

It's regarding Abe

ROLOVICH00012154

Instant Message : Native Messages                    Time: 10:55:44
From: Unknown

Can you give me 20 minutes

Instant Message : Native Messages                    Time: 10:56:11
From: Father Paul <+15095998437>

Yes

**End Thread**

Thread Statistics
**Instant Message Count:** 6

ROLOVICH00012155

**Chat with "Father Paul" <+15095998437> on October 5, 2021**

All Parties: Father Paul <+15095998437>; Unknown

**Earliest item: 2021-10-05 12:53:36**
**Latest item: 2021-10-05 21:25:01**

**Tuesday 05 October 2021**

Instant Message : Native Messages                              Time: 12:53:36
From: Father Paul <+15095998437>

Nick I'm walking by your place in the next five minutes are you in your office to chat or free to?

Instant Message : Native Messages                              Time: 12:54:23
From: Unknown

Ok

Instant Message : Native Messages                              Time: 13:00:40
From: Father Paul <+15095998437>

Outside

Instant Message : Native Messages                              Time: 20:29:31
From: Father Paul <+15095998437>

What will you do if you get the religious Exemption, and others don't? Plus already some have not

Instant Message : Native Messages                              Time: 21:22:41
From: Unknown

Who has not?

Instant Message : Native Messages                              Time: 21:25:01
From: Father Paul <+15095998437>

Gotten the Exemption

ROLOVICH00001417

**End Thread**

Thread Statistics

**Instant Message Count:** 6

ROLOVICH00001418

**Chat with "Father Paul" <+15095998437> on October 12, 2021**

All Parties: Father Paul <+15095998437>; Unknown

**Earliest item: 2021-10-12 10:32:39**
**Latest item: 2021-10-12 17:50:24**

**Tuesday 12 October 2021**

Instant Message : Native Messages                Time: 10:32:39
From: Father Paul <+15095998437>

Is it possible for you to send out a notice to players that if they are interested in attending a Varsity Bible study tonight an every Tuesday at 7pm. My place. Abe an Liam will be leading it. Thanks.

Instant Message : Native Messages                Time: 10:33:37
From: Unknown

I probably have to let Liam or Abe send it out

Instant Message : Native Messages                Time: 10:33:58
From: Father Paul <+15095998437>

Ok.

Instant Message : Native Messages                Time: 17:05:39
From: Father Paul <+15095998437>

How is you day

Instant Message : Native Messages                Time: 17:05:59
From: Unknown

Up and down

Instant Message : Native Messages                Time: 17:06:34
From: Father Paul <+15095998437>

Ready to head into mass in 5 min. This mass is for you.

ROLOVICH00034059

Instant Message : Native Messages                    Time: 17:06:54
From: Unknown

Thank you

Instant Message : Native Messages                    Time: 17:07:20
From: Father Paul <+15095998437>

Gods got this

Instant Message : Native Messages                    Time: 17:50:24
From: Father Paul <+15095998437>

I need fire wood for the winter. You mentioned you went to get some,

Were?

**End Thread**

Thread Statistics
**Instant Message Count:** 9

ROLOVICH00034060

**Chat with "Father Paul" <+15095998437> on October 13, 2021**

All Parties: Father Paul <+15095998437>; Unknown

Earliest item: 2021-10-13 08:22:03
Latest item: 2021-10-13 23:07:33

**Wednesday 13 October 2021**

Instant Message : Native Messages                    Time: 08:22:03
From: **Father Paul <+15095998437>**

Hey Chris Parks wife Anna is in surgery till 4pm today.

Instant Message : Native Messages                    Time: 09:48:48
From: Unknown

Yes, I texted him

Instant Message : Native Messages                    Time: 19:44:46
From: Unknown

I got some firewood from a guy named Len in Endicott. Not sure if he has more ready but I can ask if you want?

Instant Message : Native Messages                    Time: 20:55:15
From: Unknown

He has more if you would like me to schedule a delivery forbyou

Instant Message : Native Messages                    Time: 20:55:49
From: **Father Paul <+15095998437>**

That would be great.

Exhibit B Page 41

ROLOVICH00034061

Instant Message : Native Messages                    Time: 23:07:33
From: Father Paul <+15095998437>

Courage doesn't mean you don't get afraid. Courage means you don't let fear stop you.

Bethany Hamilton

**End Thread**

Thread Statistics
**Instant Message Count:** 6

ROLOVICH00034062

**Chat with "Father Paul" <+15095998437> on October 18, 2021**

All Parties: Father Paul <+15095998437>; Unknown

Earliest item: 2021-10-18 09:57:08
Latest item: 2021-10-18 19:25:27

**Monday 18 October 2021**

Instant Message : Native Messages                    Time: 09:57:08
From: Father Paul <+15095998437>

And I am certain that God, who began the good work within you, will continue His work until it is finally finished on the day when Christ Jesus returns. ~ Philippians 1:6. So we say with confidence, "The Lord is my helper; I will not be afraid. What can mere mortals do to me?

Instant Message : Native Messages                    Time: 12:49:03
From: Father Paul <+15095998437>

I am free all day if you need anything

Instant Message : Native Messages                    Time: 16:20:57
From: Father Paul <+15095998437>

The LORD is my shepherd, I shall not be in want. he restores my soul. He guides me in paths of righteousness for his name's sake. Even though I walk through the valley of the shadow of death, I will fear no evil, for you are with me; your rod and your staff, they comfort me.

Instant Message : Native Messages                    Time: 17:10:11
From: Father Paul <+15095998437>

I love you an believe in you soooo much.

Instant Message : Native Messages                    Time: 17:13:13
From: Father Paul <+15095998437>

I am outside

ROLOVICH00012156

**Instant Message : Native Messages**                    Time: 17:42:03
From: **Unknown**

I wasn't allowed back in the building

**Instant Message : Native Messages**          Time: 17:42:45
From: **Father Paul <+15095998437>**

That sucks. I am sooo sorry.

**Instant Message : Native Messages**          Time: 17:42:56
From: **Father Paul <+15095998437>**

We're you at

**Instant Message : Native Messages**          Time: 17:47:17
From: **Father Paul <+15095998437>**

What about your Religious exemption

**Instant Message : Native Messages**          Time: 17:47:47
From: **Father Paul <+15095998437>**

Do you want to come to the Newman Center? And abe would to get the team to come to the church

**Instant Message : Native Messages**          Time: 18:03:31
From: **Father Paul <+15095998437>**

So you know St Gall is always unlocked.

**Instant Message : Native Messages**          Time: 19:25:27
From: **Father Paul <+15095998437>**

Hey please give my number to the other coaches. I am here for you all.

**End Thread**

Thread Statistics
**Instant Message Count: 12**

ROLOVICH00012157

### Chat with "Father Paul" <+15095998437> on October 21, 2021

All Parties: Father Paul <+15095998437>; Unknown

**Earliest item: 2021-10-21 07:35:44**
**Latest item: 2021-10-21 10:38:54**

**Thursday 21 October 2021**

Instant Message : Native Messages                    Time: 07:35:44
From: Unknown

Is there any mass during the week in the area?

Instant Message : Native Messages                    Time: 08:02:04
From: Father Paul <+15095998437>

9 am today at st Boniface

Instant Message : Native Messages                    Time: 08:02:39
From: Father Paul <+15095998437>

5:10 at Newman center

Instant Message : Native Messages                    Time: 08:26:28
From: Father Paul <+15095998437>

Pm

Instant Message : Native Messages                    Time: 09:42:17
From: Father Paul <+15095998437>

Nick do you have time tomorrow to meet up?

Instant Message : Native Messages                    Time: 09:45:33
From: Father Paul <+15095998437>

We need to talk about the law suit

ROLOVICH00001300

Instant Message : Native Messages                    Time: 09:46:09
From: Father Paul <+15095998437>

Also, please call Bishop Daily

Instant Message : Native Messages                    Time: 10:38:51
From: Father Paul <+15095998437>

Church is concerned with dignity of each human being.

Each person has inherent freedom…the gift of free will from God. That's the heart of all morality.

Vatican note here on vaccines need to be voluntary….paragraph 5.  But there comes with that freedom obligations…to take steps to protect others and the common good.  With every right comes a responsibility .

Example of abortion.  Mother has freedom…but when she bears a child, The baby has a right to life…mother has obligations to preserve that life.  Freedom is not exclusive.

Back to vaccines…coach has freedom to say no vaccine…that's ok.  But he then should be required to take all measures to reduce risk of spreading virus…mask, testing etc.

That's the perfect world…but we don't live in a perfect world.  The state upholds abortion, violating the freedom of the baby.  The state also has many laws that violate one's freedom to some degree.  Some are moral (traffic laws) some are not ….abortion….death penalty…other examples.  And vaccine mandate could be said to fall in that category.

Church complies with laws…just and unjust,  but one's freedom of conscience also comes into play….

Bottom line:  call them to think deeply about the issues…learn the teaching….know that Christ is present….avoid the spin, bitterness etc of the debate.

--

ROLOVICH00001301

Instant Message : Native Messages                      Time: 10:38:54
From: Father Paul <+15095998437>

This is what I am preaching on.

**End Thread**

Thread Statistics
**Instant Message Count:** 9

**Chat with "Father Paul" <+15095998437> on November 4, 2021**

All Parties: Father Paul <+15095998437>; Unknown

**Earliest item: 2021-11-04 11:18:12**
**Latest item: 2021-11-04 13:21:33**

**Thursday 04 November 2021**

Instant Message : Native Messages                           Time: 11:18:12
From: Father Paul <+15095998437>

Hello. How have you been doing.

Instant Message : Native Messages                           Time: 11:21:01
From: Unknown

I think they will win the Pac 12

Instant Message : Native Messages                           Time: 11:25:29
From: Father Paul <+15095998437>

So do I.

Instant Message : Native Messages                           Time: 12:39:29
From: Father Paul <+15095998437>

So how are you doing personally and how was your trip

Instant Message : Native Messages                           Time: 12:40:30
From: Unknown

I'm ok, confused, scared, why me stuff. Trip was wonderful

Instant Message : Native Messages                           Time: 13:20:11
From: Father Paul <+15095998437>

I know. An get it.

ROLOVICH00001419

Instant Message : Native Messages                    Time: **13:20:21**
From: **Father Paul <+15095998437>**

"Consider it pure joy, my brothers, and sisters, whenever you face trials
of many kinds because you know that the testing of your faith produces
perseverance. Let perseverance finish its work so that you may be
mature and complete, not lacking anything. If any of you lacks wisdom,
you should ask God, who gives generously to all without finding fault,
and it will be given to you."

Instant Message : Native Messages                    Time: **13:21:26**
From: **Father Paul <+15095998437>**

In my experience this kind of suffering it's a preparation for things to
come. Know I'm here for you I love you can't believe in you

Instant Message : Native Messages                    Time: **13:21:33**
From: **Father Paul <+15095998437>**

And

**End Thread**

Thread Statistics
**Instant Message Count: 9**

ROLOVICH00001420

### Chat with "Father Paul" <+15095998437> on November 5, 2021

All Parties: Father Paul <+15095998437>; Unknown

**Earliest item: 2021-11-05 10:47:24**
**Latest item: 2021-11-05 12:52:00**

**Friday 05 November 2021**

Instant Message : Native Messages                   Time: 10:47:24
From: Unknown

1 Corinthians 12, is a wonderful lesson I will use with the next team I coach.

Instant Message : Native Messages                   Time: 10:48:36
From: Unknown

1 Corinthians 13, 1-2 really spoke to me todday

Instant Message : Native Messages                   Time: 10:50:06
From: Father Paul <+15095998437>

That is simply awesome. I can't wait till the day comes. One of my favorites

Instant Message : Native Messages                   Time: 10:51:46
From: Father Paul <+15095998437>

It what way is it speaking.

Instant Message : Native Messages                   Time: 10:52:35
From: Unknown

Truth. In the purpose of living

Instant Message : Native Messages                   Time: 10:53:09
From: Father Paul <+15095998437>

Amen.

ROLOVICH00001421

Instant Message : Native Messages    Time: 10:53:40
From: Father Paul <+15095998437>

I am glad your thinking about coaching.

Instant Message : Native Messages    Time: 10:54:08
From: Unknown

Yeah, me too

Instant Message : Native Messages    Time: 10:56:05
From: Father Paul <+15095998437>

Young people need your heart an courage. This is just the beginning of how God is preparing you. Suffering is the greatest resume out there.

Instant Message : Native Messages    Time: 10:57:30
From: Unknown

James 1:3-4

Instant Message : Native Messages    Time: 10:58:25
From: Father Paul <+15095998437>

Yesssss. Love this.

Instant Message : Native Messages    Time: 12:52:00
From: Father Paul <+15095998437>

Hi Nick would your son like to make some money raking leaves I've got a backyard in a front yard full of them I'll pay them $75

**End Thread**

Thread Statistics
**Instant Message Count: 12**

ROLOVICH00001422

# Instant Message

| | |
|---|---|
| Source: | Native Messages |
| Service Identifier: | +19039321449 |
| From:Identifier: | +15095998437 |
| From:Role: | From |
| From:Name: | Father Paul |
| From:Identifier Type: | PhoneNumber |
| From:Normalized Identifier: | +15095998437 |
| Body: | Romans 8:38-39<br>For I am convinced that neither death nor life, neither angels nor demons, neither the present nor the future, nor any powers, neither height nor depth, nor anything else in all creation, will be able to separate us from the love of God that is in Christ Jesus our Lord. |
| Identifier: | *Empty Value* |
| Time Stamp: | 2021-11-27 16:54:46 |
| Attachment: | *Empty Object* |
| Status: | Read |
| Type: | Sms |
| Folder: | Inbox |
| Source Application: | Native Messages |
| Parent Source: | Native Messages |

ROLOVICH00026028

# Instant Message

| | |
|---|---|
| Source: | Native Messages |
| Service Identifier: | +19039321436 |
| From:Identifier: | +15095998437 |
| From:Role: | From |
| From:Name: | Father Paul |
| From:Identifier Type: | PhoneNumber |
| From:Normalized Identifier: | +15095998437 |
| Body: | Love some. I think Ian have the new virus though |
| Identifier: | *Empty Value* |
| Time Stamp: | 2022-01-07 02:15:23 |
| Attachment: | *Empty Object* |
| Status: | Read |
| Type: | Sms |
| Folder: | Inbox |
| Source Application: | Native Messages |
| Parent Source: | Native Messages |

ROLOVICH00035188

# Instant Message

| | |
|---|---|
| Source: | Native Messages |
| Service Identifier: | *Empty Value* |
| From:Identifier: | *Empty Value* |
| From:Role: | From |
| From:Is Phone Owner: | Yes |
| To:Identifier: | +15095998437 |
| To:Role: | To |
| To:Name: | Father Paul |
| To:Identifier Type: | PhoneNumber |
| To:Normalized Identifier: | +15095998437 |
| Body: | Or we can meet at Roost but im not wearing a mask |
| Identifier: | *Empty Value* |
| Time Stamp: | 2022-01-14 15:39:37 |
| Attachment: | *Empty Object* |
| Status: | Sent |
| Type: | AppMessage |
| Folder: | Sent |
| Source Application: | Native Messages |
| Parent Source: | Native Messages |

ROLOVICH00035199

# Instant Message

| | |
|---|---|
| Source: | IMS Service |
| From:Identifier: | 14153286745 |
| From:Role: | From |
| From:Name: | *Empty Value* |
| From:Is Phone Owner: | Yes |
| From:Identifier Type: | PhoneNumber |
| From:Normalized Identifier: | +14153286745 |
| To:Identifier: | +15095998437 |
| To:Role: | To |
| To:Name: | Father Paul |
| To:Identifier Type: | PhoneNumber |
| To:Normalized Identifier: | +15095998437 |
| Body: | Or we can meet at Roost but im not wearing a mask |
| Time Stamp: | 2022-01-14 15:39:37 |
| Date Delivered: | *Empty Value* |
| Attachment: | *Empty Object* |
| Status: | *Empty Value* |
| Type: | Sms |
| Folder: | Sent |
| SMSC: | *Empty Value* |
| Source Application: | IMS Service |

ROLOVICH00035200

# Instant Message

| | |
|---|---|
| Source: | Native Messages |
| Service Identifier: | *Empty Value* |
| From:Identifier: | 5095998437 |
| From:Role: | From |
| From:Name: | Father Paul |
| From:Identifier Type: | PhoneNumber |
| From:Normalized Identifier: | +15095998437 |
| To:Identifier: | 4153286745 |
| To:Role: | To |
| To:Name: | *Empty Value* |
| To:Is Phone Owner: | Yes |
| To:Identifier Type: | PhoneNumber |
| To:Normalized Identifier: | +14153286745 |
| Subject: | *Empty Value* |
| Body: | |

The Lord's descent into hell
"What is happening? Today there is a great silence over the earth, a great silence, and stillness, a great silence because the King sleeps; the earth was in terror and was still, because God slept in the flesh and raised up those who were sleeping from the ages. God has died in the flesh, and the underworld has trembled.
Truly he goes to seek out our first parent like a lost sheep; he wishes to visit those who sit in darkness and in the shadow of death. He goes to free the prisoner Adam and his fellow-prisoner Eve from their pains, he who is God, and Adam's son.
The Lord goes in to them holding his victorious weapon, his cross. When Adam, the first created man, sees him, he strikes his breast in terror and calls out to all: 'My Lord be with you all.' And Christ in reply says to Adam: Â'And with your spirit.Â' And grasping his hand he raises him up, saying: Â'Awake, O sleeper, and arise from the dead, and Christ shall give you light. Â'I am your God, who for your sake became your son, who for you and your

ROLOVICH00026914

descendants now speak and command with authority those in prison: Come forth, and those in darkness: Have light, and those who sleep

| | |
|---|---|
| Identifier: | *Empty Value* |
| Time Stamp: | 2022-04-16 21:11:23 |
| Attachment: | *Empty Object* |
| Attachments:Filename: | pkeys.jpg |
| Attachments:Content Type: | image/jpeg |
| Attachments:Data: | 3290 |
| Attachments:URL: | *Empty Value* |
| Attachments:Attachment Extracted Path: | files\Image\PART_1650143485499_pkeys.jpg |
| Attachments:Filename: | vuoto.gif |
| Attachments:Content Type: | image/gif |
| Attachments:Data: | 49 |
| Attachments:URL: | *Empty Value* |
| Attachments:Attachment Extracted Path: | files\Image\PART_1650143485507_vuoto.gif |
| Attachments:Filename: | back.jpg |
| Attachments:Content Type: | image/jpeg |
| Attachments:Data: | 2659 |
| Attachments:URL: | *Empty Value* |
| Attachments:Attachment Extracted Path: | files\Image\PART_1650143485512_back.jpg |

ROLOVICH00026915

| | |
|---|---|
| Attachments:Filename: | up.jpg |
| Attachments:Content Type: | image/jpeg |
| Attachments:Data: | 2715 |
| Attachments:URL: | *Empty Value* |
| Attachments:Attachment Extracted Path: | files\Image\PART_1650143485518_up.jpg |
| Attachments:Filename: | psearch_f.jpg |
| Attachments:Content Type: | image/jpeg |
| Attachments:Data: | 2103 |
| Attachments:URL: | *Empty Value* |
| Attachments:Attachment Extracted Path: | files\Image\PART_1650143485523_psearch_f.jpg |
| Attachments:Filename: | riga_int.jpg |
| Attachments:Content Type: | image/jpeg |
| Attachments:Data: | 6744 |
| Attachments:URL: | *Empty Value* |
| Attachments:Attachment Extracted Path: | files\Image\PART_1650143485529_riga_int.jpg |
| Status: | Read |
| Type: | Mms |
| Folder: | Inbox |
| Source Application: | Native Messages |
| Parent Source: | Native Messages |

ROLOVICH00026916



ROLOVICH00026917

Exhibit B Page 60

ROLOVICH00026918





ROLOVICH00026919



Exhibit B Page 62

ROLOVICH00026920

Exhibit B Page 63

ROLOVICH00026921

# Instant Message

| | |
|---|---|
| Source: | Native Messages |
| Service Identifier: | *Empty Value* |
| From:Identifier: | *Empty Value* |
| From:Role: | From |
| From:Is Phone Owner: | Yes |
| To:Identifier: | +15095998437 |
| To:Role: | To |
| To:Name: | Father Paul |
| To:Identifier Type: | PhoneNumber |
| To:Normalized Identifier: | +15095998437 |
| Body: | Not yet, and my phone died and i missed church. I mowed the lawn and did pushups. Talked to God a bit about forgiveness. Do you think the lawsuit is considered revenge? |
| Identifier: | *Empty Value* |
| Time Stamp: | 2022-05-15 21:36:58 |
| Attachment: | *Empty Object* |
| Status: | Sent |
| Type: | Sms |
| Folder: | Sent |
| Source Application: | Native Messages |
| Parent Source: | Native Messages |

ROLOVICH00035327