# Exhibit C

Exhibit C Page 1



# CATHOLIC DIOCESE OF SPOKANE
## Office of the Bishop

August 20, 2021

To Whom it may concern:

I have known Nick Rolovich since the summer of 1987. As a newly ordained priest for the Archdiocese of San Francisco, I was assigned to Our Lady of Loretto parish in Novato, CA. At the same time, Nick's parents, Mike and Lori, and their three children moved from San Francisco to the northern most town in Marin County. Prior to his enrollment at Our Lady of Loretto, Nick was a student at Holy Name Catholic school in San Francisco.

The Rolovich family was involved in the parish and regularly attended weekend Mass. In the summer prior to Nick going to the eighth grade, I was assigned to teach at Marin Catholic High School. A year later, Nick entered Marin Catholic. Nick's athletic skills in both football and baseball were often covered in the local press. However, less known was his work as a retreat leader in the Campus Ministry program.

Nick left the area for college, but I would see him and several of his classmates from both Our Lady of Loretto and Marin Catholic whenever he returned to Marin. As with most young people raised in Catholic homes and educated in Catholic schools, young adulthood is a period of questioning, searching, and infrequent involvement in the practice of one's faith. I would say this defined Nick and most of his classmates during their twenties.

Ten years ago, I was ordained a bishop and left Marin to serve in the Diocese of San Jose. When Nick and his wife began their family, Nick contacted me to baptize his children. The birth of children is often the time when a young person reconnects with the religion of their youth.

For the last six years, I have been the Catholic Bishop of Spokane. Our diocese includes the town of Pullman and the Catholic Newman center of St. Thomas More. Once Nick was settled in his new coaching position and relocated his family to Pullman, he contacted me. I am also aware that Nick has introduced himself to Fr. Paul Heric, the Catholic chaplain to WSU. I see this as an expression of a renewed commitment to his relationship to God and the Church.

Finally, I write this letter to shed light on one man's life of faith. I realize this is not easily explained nor often appreciated in the secular society and time in which we live. However, I believe Nick Rolovich is a man of faith who sincerely tries to live his life in a manner that seeks God's will. In time, I hope others will also see this important aspect of Nick's life.

*[signature]*

Most Reverend Thomas A. Daly
Catholic Diocese of Spokane

---

PO Box 1453    ♦    Spokane, WA 99210-1453    ♦    (509) 358-7305    ♦    www.dioceseofspokane.org

Exhibit C Page 2
ROLOVICH00001399