# Exhibit D

**From:** "Druffel, Ginger K" <gkdruffel@wsu.edu>
**To:** Brett Blankenship <4brettb@gmail.com>, "Blankenship, Brett" <RegentBlankenship@wsu.edu>, "Cayanan, Arliegh Pamintuan" <arliegh.p.cayanan@wsu.edu>, "Cerna, Enrique S" <regent.cerna@wsu.edu>, Enrique Cerna <enriquecerna@msn.com>, "Redman, Heather" <RegentRedman@wsu.edu>, Heather Redman <heather@flyingfish.vc>, Jenette Ramos <JR_JenetteRamos@icloud.com>, John Schoettler <jschoett@amazon.com>, "Schoettler, John F" <regent.schoettler@wsu.edu>, Lisa Schauer <lschauer@pointnorthinc.com>, "Schauer, Lisa" <regent.schauer@wsu.edu>, "Powell, Lura J." <RegentPowell@wsu.edu>, Lura Powell <4lurajp@gmail.com>, Marty Dickinson <martyd@stcu.org>, "Ron Sims (simsron@gmail.com)" <simsron@gmail.com>, "Wright, Shain" <shain.wright@wsu.edu>
**Cc:** Cayan Tapacio <cayan@comcast.net>, Kate Kitto <kate@flyingfish.vc>, "Kimly Weaver" <kimly@amazon.com>, Lauren Shimer <lauren@pointnorthinc.com>, "Sylvia Hedrick" <sylviah@stcu.org>, "Hoyt, Christine Rae" <christine.hoyt@wsu.edu>, "Schulz, Kirk" <kirk.schulz@wsu.edu>, "Jacobsen, Desiree" <desiree@wsu.edu>
**Subject:** Friday Regents Update
**Date:** Fri, 20 Aug 2021 22:21:13 +0000
**Importance:** Normal
**Attachments:** August_20_2021_COVID_Regents_Update.pdf

---

Dear Regents,

Attached you will find a Regents update from President Schulz.

Thank you
Ginger

**Ginger Druffel**
Senior Executive Assistant to the President
 and Office Manager
Washington State University
(509)335-7932 – direct
(509)432-9019 - cell

August 20, 2021

Regents –

Happy Friday!  I wanted to provide you with my regular update and include some information on some successes for WSU during this last week.

We had a convocation earlier today where we welcomed new Cougs to Pullman, have moved in several thousand students into our residence halls, and are prepared for in-person classes to start on Monday at all of our campus locations across Washington.

**Currently, we are sitting at 94% of our new and returning students are vaccinated.**  Currently this represents data on about 11,000 students and more continue to register each day across the system.  **Starting next week, I will provide weekly updates for each campus location.**  Additionally, we continue to update our webpages for the WSU system on COVID related policies around vaccination requirements, indoor mask mandates and other major policy issues - https://wsu.edu/covid-19/.

I want to provide an update on Coach Rolovich and our continued saga with vaccination with him.  I understand that this situation has made many of our alumni, fans, supporters, and employees angry, embarrassed, and eager for the administration (and me personally) to show some leadership.  **As a reminder – whatever penalties we impose on Coach Rolovich for exercising the personal exemption will apply to every other employee at WSU who has also exercised the personal exemption option**.

As many of you know, this has been a significant topic in the Seattle Times –

- August 17 – Rolovich should tell us why he refuses the vaccine - https://www.seattletimes.com/opinion/rolovich-should-tell-us-why-he-refuses-the-vaccine/

- August 17 – WSU president reveals weak hand with student-only mandate - https://www.seattletimes.com/opinion/editorials/wsu-president-reveals-weak-hand-with-student-only-mandate/

- August 10 – How can state's highest-paid employee – more than $3M – be allowed to shirt vaccine mandate - https://www.seattletimes.com/opinion/editorials/how-can-states-highest-paid-employee-more-than-3m-be-allowed-to-shirk-vaccine-mandate/

- July 28 – Hold WSU coach accountable for refusal to vaccinate - https://www.seattletimes.com/opinion/editorials/how-can-states-highest-paid-employee-more-than-3m-be-allowed-to-shirk-vaccine-mandate/

We worked closely with Governor Inslee on the recent vaccinate mandate for higher education employees and felt that once the personal exemption was lifted that Coach Rolovich would agree to the vaccine.

**He informed Pat yesterday afternoon/evening that he intends to seek a religious exemption to the vaccine mandate.**  To say that we are disappointed in this would be a severe understatement.

We are currently working with Paradigm Four as a Crisis Management Consultant (https://www.paradigmfour.com) for assistance with our communications and strategy around announcing this decision.  We have prepared a holding statement (which I have appended below) for next week (or sooner if needed), and will be meeting Monday to finalize our communications strategy around this.  Coach Rolovich has been instructed to not discuss this with the media or outside parties so that we (WSU) controls the messaging.  **This statement may change substantially next week as we get additional feedback.**

Prepared Statement (DRAFT) –

*Draft statement – Friday, August 20, 2021 – 9 a.m.*

*Washington Governor Jay Inslee's decision on Wednesday to require that all school employees be vaccinated against COVID-19 was the right thing to do for our students, faculty, staff, and their families across the state. It is the step we need to take to help get students and teachers safely back into the classroom this fall.*

*While thousands of Washington educators have already received the vaccine, some are unable to because of legitimate medical concerns or sincerely held religious objections. I have the greatest respect for those individuals whose religious convictions prevent them from taking the vaccine. The Governor's order recognizes this and appropriately allows for religious exemptions to the mandate.*

*That said, I am deeply disappointed that WSU's head football coach has opted to use the exemption process. This was an opportunity for the coach to display leadership and he has fallen short in the eyes of many in our state, including me.*

*Nearly 94 percent of students on the WSU Pullman campus who have declared their vaccination status have received the COVID-19 vaccine so far. Our students understand that we all must do our part to end this pandemic.*

*If you are not yet vaccinated, get your shot today and wear a mask indoors. We owe it to ourselves, and we owe it to each other.*

*Kirk Schulz, President*
*Washington State University*

## Attorney-Client Privilege

Let me know if you have any questions or concerns – send me a text message (509-339-9350) and I will give you a call.

Regards,

Kirk