# Exhibit J

**WSU_00011806-WSU_00011807**

**From:** HRS Exemptions <hrs.exemptions@wsu.edu>
**To:** "Chun, Patrick" <patrick.chun@wsu.edu>, "McCoy, Anne R" <amccoy@wsu.edu>
**Cc:** "Wilmoth, Bonnie" <bonnie.wilmoth@wsu.edu>, "Warren, Stephanie C" <stephanie.warren@wsu.edu>, HRS Exemptions <hrs.exemptions@wsu.edu>
**Subject:** RESPONSE NEEDED | Religious Accommodation Request | Nick Rolovich
**Date:** Wed, 6 Oct 2021 21:04:42 +0000
**Importance:** Normal
**Inline-Images:** image001.png; image002.png; image003.png; image004.jpg

---

Human Resource Services received a Religious Accommodation request regarding one of your employees:

| | |
|---|---|
| **Employee:** | Nick Rolovich |
| **TITLE:** | Head Football Coach |
| **WSU ID:** | 011732256 |
| **Effective Date:** | Upon Approval |

Nick Rolovich has requested an accommodation from Washington State University's (WSU) COVID-19 vaccine requirement based upon a religious belief, practice, and/or observance. WSU has engaged in a good faith review of the information submitted through written and/or oral communications, which support the accommodation request based on a sincerely held religious belief.

After review, we are considering approving the employee's request subject to the following terms and conditions:

- Employee must wear a face covering that covers the employee's nose and mouth, and fits snugly a at all times unless 1) the employee is outside and can maintain 6 feet of social distance from all other individuals; 2) while working alone indoors. (note - a person is working alone if they are isolated from interactions with others and have little or no expectation of in-person interruptions (e.g. in a closed office).

- Employee must social distance from others on WSU property when possible.

- If WSU adopts a COVID-19 testing requirement for unvaccinated workforce members, employee will be required to submit to such testing as required by WSU.

- The terms and conditions are subject to change and are amended to conform to any federal, state and local public health orders or other lawful government orders, and/or WSU adoption of additional occupational health and safety interventions or countermeasures to prevent the spread of COVID-19 in the workplace.

**Next Steps -** Review Job Duties
The department is to review the employee's position description or essential job functions, to determine if the employee is able to perform essential functions of the position and meet the COVID-19 safety measures consistent with the recommendations of the state and protect the health and safety of the WSU community as part of this accommodation request.

**RESPONSE NEEDED:**
Please contact the HRS Exemptions team at hrs.exemptions@wsu.edu by the end of the day **Friday, October 8, 2021** to let us know:
1. You have no concern with this request
2. If you are **NOT** able to accommodate this request with the above recommendations
3. If you are able to accommodation the request but believe additional measures may be necessary to meet health and safety standards (e.g. relocation of office space to a non-open/shared or less central/populated work area,

safety barriers such as plexi-glass or heightened cubical walls; telework agreement. etc)

4. If you have any questions or would like to meet to discuss further.

Once a decision on the Religious Accommodation is finalized, HRS will send out the final accommodation notification to the employee and the department.

Thank you,
*Teddi*

Teddi Phares, PHR
HR Consultant | Washington State University Human Resource Services
Pronouns: She/Her/Hers
PO Box 641014 | French Administration Building, Room 139| Pullman, WA 99164-1014
e: teddi.phares@wsu.edu |  t: (509) 335-8331 or  (509) 335-4521| f: (509) 335-1259
*Connect with Human Resource Services!*
Main Website: hrs.wsu.edu |Jobs: wsu.edu/jobs



IMPORTANT NOTICE: This communication, including any attachment, contains information that may be confidential or privileged, and is intended solely for the entity or individual to whom it is addressed.  If you are not the intended recipient, you should delete this message and are hereby notified that any disclosure, copying, or distribution of this message is strictly prohibited.  Nothing in this email, including any attachment, is intended to be a legally binding signature.