# Exhibit K

**WSU_00021821-WSU_00021821**

**From:** "hrs@wsu.edu" <hrs@wsu.edu>
**To:** "Dennler, Bonnie "<b.carothers@wsu.edu>
**Subject:** Scanned from HRS Xerox Multifunction Printer
**Date:** Fri, 15 Oct 2021 11:47:25 -0700
**Importance:** Normal
**Attachments:** Scanned_from_a_Xerox_Multifunction_Printer.pdf

---

Please open the attached document. It was scanned and sent to you using a Xerox Multifunction Printer.

Attachment File Type: pdf, Multi-Page

Multifunction Printer Location:
Device Name: HRSXEROX


HRS Xerox Copier

**WSU_00021822-WSU_00021823**

WASHINGTON STATE ATHLETICS

HUMAN RESOURCE SERVICES
OCT 13 2021
RECEIVED

October 13, 2021
Re: Religious Accommodation Request | Nicholas Rolovich

This response is a supplement to the earlier response to the request received from HRS on October 6, 2021, regarding a religious accommodation request for Nick Rolovich (Employee). The initial response focused on the essential functions of Rolovich's job and the inability to perform those functions with the requested accommodations.

Underlying the request for an accommodation is the initial conclusion that Rolovich met the requirements for a religious exemption to the vaccination requirement by demonstrating a sincerely held religious belief against being vaccinated for COVID-19. Rolovich has made several statements that cast doubt on his claimed sincerely held religious belief. The statements and the timing of Rolovich's statements with respect to religious beliefs as they relate to COVID-19 vaccinations are summarized below.

- In numerous formal and informal meetings between March and August, Rolovich made it clear to Pat Chun, his supervisor, and many within the Athletics Department, that he was unwilling to take the vaccine based on his independent research. He stated on multiple times he had done his own research, made an independent decision and came to a conclusion that he would not take the vaccine. It was clear from these statements that his decision not to be vaccinated was based on the conclusions he reached following his own research. On May 24, 2021, Rolovich firmly restated to Pat Chun his stance on not taking the vaccine based on his research in a meeting in Pat Chun's office.

- On August 19, 2021, Rolovich personally reiterated and reaffirmed directly to Pat Chun his ongoing stance of not receiving a COVID-19 vaccination. He disclosed he attempted to seek a medical exemption but was unable to secure the necessary documentation. He then disclosed he would elect to pursue a religious based exemption to meet the employment requirements stated in the Governor's Proclamation 21-14-1.
    - In that meeting, Pat Chun stated directly to Rolovich that since the start of this pandemic, Rolovich had been vocal and consistent in his opinions and skepticisms about the COVID-19 virus and the full nature of the public health emergency. He has continuously been critical of the role the government and communicated a multitude of baseless theories with respect to vaccination.

- The following are examples of his reasoning:
    - COVID-19 Vaccine was not fully FDA approved, and therefore not safe
    - The vaccine could and would negatively impact women and fertility rates
    - The vaccine would negatively impact his mortality

The government and therefore the vaccine could not be trusted. Rolovich participated in Pac-12 Conference sponsored and WSU Athletics mandated education sessions relative to the merits of

the COVID-19 vaccine. In addition, WSU Athletics arranged a one-on-one meeting with Dr. Guy Palmer, a world-renowned infectious disease expert. Notwithstanding information shared by the experts in these sessions, Rolovich continued to rely on the results of his own research.

In sum, throughout the multiple individual and group meetings, Rolovich made it clear that he refused to be vaccinated based on the conclusions he reached through his own research, he only mentioned religion after the Governor issued the Proclamation requiring vaccination, and then only mentioned religion in reference to seeking an exemption from the vaccination requirement. We believe these facts support re-evaluation of the claimed sincerely held religious belief.