# Exhibit L

Exhibit L Page 1

Page 1

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF WASHINGTON

_____

NICHOLAS ROLOVICH,              )
                                )
              Plaintiff,         )
                                )
         v.                     ) No. 2:22-cv-00319-TOR
                                )
WASHINGTON STATE UNIVERSITY,    )
                                )
              Defendant.        )
_____


VIDEOTAPED VIDEOCONFERENCE DEPOSITION

UPON ORAL EXAMINATION OF

BONNIE DENNLER

_____


*AWAITING CONFIDENTIAL DESIGNATIONS*

Spokane, Washington




DATE TAKEN:   AUGUST 21, 2024

REPORTED BY:  CINDY M. KOCH, RPR, CRR, CCR #2357

Exhibit L Page 2

Page 95

1  you'd wanted to scan something in?

2      A.  Yes.

3      Q.  But I imagine that's also a shared office --

4      A.  Yes.

5      Q.  -- printer?

6          Did the front desk have a separate scanner or

7  printer that they used?

8      A.  There was a -- they had a printer/fax machine

9  up at the front, but if they were scanning, it would

10 have been from the Xerox.

11     Q.  Okay.  Do you recall when you received this

12 document?

13     A.  I mean specifically, no, but based on the

14 date...

15     Q.  Do you remember what you did when you received

16 this memo?

17     A.  I would have reached out to our attorneys.

18     Q.  You say you would have, or you did?

19     A.  I did.  I reached out to the attorneys.

20     Q.  When did you reach out to the attorneys?

21     A.  I can't be 100 percent sure.  I would be

22 speculating.  But I believe it would have been on the

23 13th of October.

24     Q.  Do you know why you would have contacted

25 attorneys, but not scanned the document in for another

Exhibit L Page 3

Page 108

1   looking at -- it's somewhere in the pile.  So this was

2   the procedures that Lisa was proposing to you as final

3   months later, in December.  And when I look at 3A, it

4   seems to me it's quite specific.  "If sincerely

5   religious belief is confirmed -- good -- HRS will notify

6   employing department," Exhibit 80, "to determine if an

7   accommodation would pose an undue hardship or

8   fundamental altership -- alteration of position."

9        3B, "HRS will notify Environmental Health and

10  Safety of accommodation requests."

11       So 3A and 3B are talking about the

12  accommodation requests, which makes sense because 3 is

13  reasonable accommodation.

14       The process that you're talking about, where

15  can I find that detailed?

16          MR. COATES:  Object to form.

17     A.  I don't know where it would be detailed.

18  BY MR. KNIFFIN:

19     Q.  The October --

20     A.  There was a lot that we were working through.

21  BY MR. KNIFFIN:

22     Q.  The October 8 WSU Insider piece that we looked

23  at, that details the procedures, and that stuff is not

24  explained there.

25          Phil Weiler had extensive interviews with

Exhibit L Page 4

51c108eb-f2a1-48c9-a39b-08bef351f92e

Rolovich v. Washington State University, et al.                    Bonnie Dennler (AWAITING CONFIDENTIAL DESIGNATIONS)

Page 170

1                        C E R T I F I C A T E

2

3    STATE OF WASHINGTON

4    COUNTY OF PIERCE

5

6          I, Cindy M. Koch, a Certified Court Reporter in

7    and for the State of Washington, do hereby certify that

8    the foregoing transcript of the deposition of Bonnie

9    Dennler, having been duly sworn, on August 21, 2024, is

10   true and accurate to the best of my knowledge, skill and

11   ability.  Reading and signing was requested pursuant to

12   FRCP Rule 30(e).

13         IN WITNESS WHEREOF, I have hereunto set my hand

14   and seal this 29th day of August, 2024.

15

16

17                    _____

18                    CINDY M. KOCH, CCR, RPR, CRR #2357

19

20   My commission expires:

21   JUNE 9, 2025

22

23

24

25

Exhibit L Page 5

51c108eb-f2a1-48c9-a39b-08bef351f92e