# Exhibit N

**WSU_00022513-WSU_00022514**

| | |
|---:|:---|
| **From:** | "HRS Exemptions" </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f3e0c5dc45b44891803992292 77dc7f3-hrs.exempti> |
| **Cc:** | "Chun, Patrick" <patrick.chun@wsu.edu>, "McCoy, Anne R" <amccoy@wsu.edu>, "Blair, Bryan Bernard" <bryan.b.blair@wsu.edu> |
| **Subject:** | OFFICIAL NOTICE: Religious Exemption Denied |
| **Date:** | Mon, 18 Oct 2021 23:09:29 -0000 |
| **Importance:** | Normal |

Dear Nicholas Rolovich:

You submitted a request for an exemption to the COVID-19 vaccination requirement as mandated by Governor Inslee's proclamation 21-14.2. This notification confirms that we are **unable to approve your request** for an exemption and accommodation based on a sincerely held religious belief, practice, or observance. We would like to provide additional information on the review process in an effort to clarify your exemption denial and the University's approach to each individual request.

Under the proclamation, the University is legally prohibited from allowing workers to engage in work after October 18, 2021, if they are not fully vaccinated against COVID-19, with limited exceptions. One exception is if a worker has an approved religious accommodation and is thereby exempt from the vaccine requirement. To qualify for an approved religious exemption from the vaccine requirement:

- A worker must explain how the vaccine requirement conflicts with their sincerely held religious belief, practice or observance; *and*
- Must be able to accommodate the unvaccinated worker without undue hardship.

In considering your request for accommodation, the University considered both the information you submitted as well as your own prior statements to WSU staff and others regarding vaccination. Based on your comments, in conjunction with the timing of your request for a religious accommodation, the University questions the assertion that your sincerely held religious views conflict with the University's vaccine requirement.

Furthermore, it would pose an undue hardship to the University and/or a threat to yourself and others to allow you to remain in your position while unvaccinated. The University evaluated the essential functions of your position to determine whether these possible accommodations would mitigate the threat posed by allowing you to remain unvaccinated while performing your job duties and also whether there were possible accommodations that would allow you to effectively perform all of your duties while remaining unvaccinated.

Based upon the nature of your head coaching responsibilities and core job functions and activities, the University has determined you cannot safely and effectively do your job without undue hardship to the University.

We hope this information helps you understand how the University individually evaluated your request.

Thank you,
*Washington State University, Human Resource Services*
*French Administration 139 | Pullman, WA 99164-1014*
*Phone*: 509-335-4521 | *Fax*: 509-335-1259 | *HRS Website*: http://www.hrs.wsu.edu

IMPORTANT NOTICE: This communication, including any attachment, contains information that may be confidential or privileged, and is intended solely for the entity or individual to whom it is addressed. If you are not the intended recipient, you should delete this message and are hereby notified that any disclosure, copying, or distribution of this message is strictly prohibited. Nothing in this email, including any attachment, is intended to be a legally binding signature.