# Exhibit L



Schulz_SDT_00000123