# Exhibit M

# Chats

| 7 | +15095926030, +15095951708 | 6 |

8/19/2021

**kirkhschulz@gmail.com**
To: +15095926030, +15095951708 <iMessage;+;chat5640154169290172O9>

08/19/2021 11:41:19 AM (UTC-7)

I have visited with both of you this morning - Phil is working on scenario planning for the next steps we are taking with athletics in terms of vaccinations for coaches and subsequent communications based on decisions individuals make. We may need to make it clear that individuals need to refrain from making statements on meetings, etc on their social media accounts to help control our messaging.

Threads

**+15095951708**
To: +15095926030, +15095951708 <iMessage;+;chat5640154169290172O9>

Liked "I have visited with both of you this morning - Phil is working on scenario planning for the next steps we are taking with athletics in terms of vaccinations for coaches and subsequent communications based on decisions individuals make. We may need to make it clear that individuals need to refrain from making statements on meetings, etc on their social media accounts to help control our messaging."

08/19/2021 11:43:55 AM (UTC-7)

Threads

8/20/2021

**kirkhschulz@gmail.com**
To: +15095926030, +15095951708 <iMessage;+;chat5640154169290172O9>

08/19/2021 06:45:20 PM (UTC-7)

It appears that Nick is going to claim a religious exemption to the vaccine mandate. While I know I have to be careful - I would like to include a quote expressing my disappointment in this decision. I also think it would be wise to get a Seattle firm to assist with our communications strategy in the Puget Sound.

Threads

**kirkhschulz@gmail.com**
To: +15095926030, +15095951708 <iMessage;+;chat5640154169290172O9>

08/19/2021 07:02:35 PM (UTC-7)

I also updated the Chair of the Regents tonight. I told her I will call her tomorrow and provide a briefing and update.

Threads

**+15095951708**
To: +15095926030, +15095951708 <iMessage;+;chat5640154169290172O9>

Thanks for the update. Pat and I had a call earlier this evening. We will continue to coordinate. He has retained a crisis comms person. FYI I emailed Marty asking if we could meet tomorrow afternoon. Will keep the meeting with her if she is available to hear her thoughts.

08/19/2021 07:05:29 PM (UTC-7)

Threads

**kirkhschulz@gmail.com**
To: +15095926030, +15095951708 <iMessage;+;chat5640154169290172O9>

08/19/2021 07:06:48 PM (UTC-7)

Right now - she is like the rest of us and pretty pissed off. Marty will want to know name of firm - so you should have that in your pocket.

Threads

1

Schulz_SDT_00000011