# Exhibit N

KS ipad - MC59903

07.30.2024
Dickinson
**1**
Buell Realtime Reporting

# Chats

155    kirkhschulz@gmail.com, Marty Dickinson    143

1/5/2021

**kirkhschulz@gmail.com**
To: Marty Dickinson <+15098688170>

01/05/2021 03:14:31 PM (UTC-8)
Happy New Year!! I am working a setting up a Zoom meeting with you, Elizabeth and our new Vice Provost for Enrollment Management to discuss recruiting opportunities in WA. This is a follow up to our pre-Christmas phone call. Just wanted you to be aware.

Threads

**1** **Marty Dickinson <+15098688170>**
To: kirkhschulz@gmail.com

Got it! Thank you for heads up!

01/05/2021 03:17:23 PM (UTC-8)

Threads

6/3/2021

**1** **Marty Dickinson <+15098688170>**
To: kirkhschulz@gmail.com

What is your suite number

06/03/2021 02:55:04 PM (UTC-7)

Threads

6/22/2021

**kirkhschulz@gmail.com**
To: Marty Dickinson <+15098688170>

06/22/2021 06:18:56 AM (UTC-7)
Good morning! A positive piece of news to share this morning - we expect to announce 100% capacity for Martin Stadium later today. UW will announce the same.

Threads

**kirkhschulz@gmail.com**
To: Marty Dickinson <+15098688170>

06/22/2021 08:25:04 AM (UTC-7)
Another piece of good news today - LCME will announce that we have been fully accredited with the Med School!!!

Threads

**1** **Marty Dickinson <+15098688170>**
To: kirkhschulz@gmail.com

Wow! This is all such great stuff Kirk! Thank you for sharing with me!!!

06/22/2021 11:28:22 AM (UTC-7)

Threads

7/22/2021

1

KS ipad - MC59903



**155**     kirkhschulz@gmail.com, Marty Dickinson     **143**

**1**   Marty Dickinson <+15098688170>
To: kirkhschulz@gmail.com

Can you call me when you have a quick moment-

07/22/2021
08:58:19
AM
(UTC-7)

Threads

**1**   Marty Dickinson <+15098688170>
To: kirkhschulz@gmail.com

Disregard-  don't want to disrupt your vacation -  talk when you are back

07/22/2021
10:36:36
AM
(UTC-7)

Threads

7/25/2021

kirkhschulz@gmail.com
To: Marty Dickinson <+15098688170>

07/25/2021
07:31:50
AM
(UTC-7)

Just got signal again.  Could we talk this afternoon - I will be in the middle of Montana this morning

Threads

**1**   Marty Dickinson <+15098688170>
To: kirkhschulz@gmail.com

Yes-  no problem!

07/25/2021
07:32:20
AM
(UTC-7)

Threads

kirkhschulz@gmail.com
To: Marty Dickinson <+15098688170>

07/25/2021
08:29:38
AM
(UTC-7)

We expect to be in Spokane around 4 to 5 - let me know if that would work.

Threads

**1**   Marty Dickinson <+15098688170>
To: kirkhschulz@gmail.com

That works great Kirk-  it can be later too- get home and settled-  call whenever

07/25/2021
08:33:08
AM
(UTC-7)

Threads

7/26/2021

2

Schulz_SDT_00000117

KS ipad - MC59903



155                    kirkhschulz@gmail.com, Marty Dickinson                    143

kirkhschulz@gmail.com
To: Marty Dickinson <+15098688170>

07/26/2021
09:47:23
AM
(UTC-7)

Quick update - we are going to do a letter for NR which details how he needs to comply with masking
regulations, etc… if not vaccinated.  Attorney-Client Privilege  Also looking at a designed
pro-vaccine social media campaign with some prominent university folks to double down on message.
More later - Kirk

Threads

1   Marty Dickinson <+15098688170>
To: kirkhschulz@gmail.com

Thank you for the update and the approach.

07/26/2021
10:00:12
AM
(UTC-7)

Threads

kirkhschulz@gmail.com
To: Marty Dickinson <+15098688170>

07/26/2021
10:49:48
AM
(UTC-7)

Good meeting with Governor Inslee - he agrees with our approach.  We read him the statement that
Coach Rolovich will read tomorrow at PAC 12 press conference - and he asked for some slight
modification.  I will provide final version to Regents later and before tomorrow.

Threads

1   Marty Dickinson <+15098688170>
To: kirkhschulz@gmail.com

Good news!  Really appreciate the communication Kirk.

07/26/2021
10:52:26
AM
(UTC-7)

Threads

kirkhschulz@gmail.com
To: Marty Dickinson <+15098688170>

07/26/2021
03:19:54
PM
(UTC-7)

I sent a copy of NR statement for tomorrow at PAC 12 media days.  Will send final version tomorrow to
all of the Regents

Threads

1   Marty Dickinson <+15098688170>
To: kirkhschulz@gmail.com

Got it. □

07/26/2021
03:45:31
PM
(UTC-7)

Threads

7/27/2021

3

Schulz_SDT_00000118

KS ipad - MC59903



155    kirkhschulz@gmail.com, Marty Dickinson    143

kirkhschulz@gmail.com
To: Marty Dickinson <+15098688170>

07/27/2021 08:01:16 AM (UTC-7)

Update should be out momentarily to Regents

Threads

**1**    Marty Dickinson <+15098688170>
To: kirkhschulz@gmail.com

Excellent update Kirk.

07/27/2021 08:13:48 AM (UTC-7)

Threads

7/28/2021

kirkhschulz@gmail.com
To: Marty Dickinson <+15098688170>

07/28/2021 12:45:37 PM (UTC-7)

Letter to NR is done and will be delivered today by Pat.

Threads

**1**    Marty Dickinson <+15098688170>
To: kirkhschulz@gmail.com

Ok-  thank you.  Regent Redmond reached out to me yesterday w questions. I have asked that she speak w you directly.

07/28/2021 12:46:34 PM (UTC-7)

Threads

kirkhschulz@gmail.com
To: Marty Dickinson <+15098688170>

07/28/2021 12:47:17 PM (UTC-7)

We will both be at Washington Wine auction next weekend - I will text her and arrange to visit them

Threads

**1**    Marty Dickinson <+15098688170>
To: kirkhschulz@gmail.com

Liked "We will both be at Washington Wine auction next weekend - I will text her and arrange to visit them "

07/28/2021 12:47:42 PM (UTC-7)

Threads

4

Schulz_SDT_00000119



155    kirkhschulz@gmail.com, Marty Dickinson    143

kirkhschulz@gmail.com
To: Marty Dickinson <+15098688170>

07/28/2021
03:05:10
PM
(UTC-7)

I am talking w Heather Monday morning.

Threads

Marty Dickinson <+15098688170>
To: kirkhschulz@gmail.com

Liked "I am talking w Heather Monday morning."

07/28/2021
03:07:31
PM
(UTC-7)

Threads

7/29/2021

Marty Dickinson <+15098688170>
To: kirkhschulz@gmail.com

Good morning!  I will talk w you and Colleen at 9-  my mom is having some trouble so I am in the middle of getting her to a dr and needing to sit in on that this am at 9:30!!! So my time is limited for the call!!

07/29/2021
07:50:44
AM
(UTC-7)

Threads

kirkhschulz@gmail.com
To: Marty Dickinson <+15098688170>

07/29/2021
07:52:18
AM
(UTC-7)

Marty - I do not have this on my schedule for today - I am in a donor meeting in Seattle at 9 …

Threads

Marty Dickinson <+15098688170>
To: kirkhschulz@gmail.com

Ah-  ok-  I think this may have been a temporary hold-  thanks!  Phew!!!

07/29/2021
07:52:48
AM
(UTC-7)

Threads

kirkhschulz@gmail.com
To: Marty Dickinson <+15098688170>

07/29/2021
01:14:35
PM
(UTC-7)

Update - we sent a thorough and complete letter to Coach yesterday that provides clear guidelines and behavior expectations moving forward.  I have calls scheduled with Lura today and Heather Monday. Will provide another update to all of the Regents tomorrow.

Threads

5

KS ipad - MC59903



155    kirkhschulz@gmail.com, Marty Dickinson    143

**1**  Marty Dickinson <+15098688170>
To: kirkhschulz@gmail.com

Ok…. Tough article in Seattle Times - however not unexpected…
07/29/2021 01:15:31 PM (UTC-7)

Threads

kirkhschulz@gmail.com
To: Marty Dickinson <+15098688170>

07/29/2021 01:20:09 PM (UTC-7)
Yup - pretty brutal and direct - but expected. We need to move on and not add more logs to the media fire

Threads

**1**  Marty Dickinson <+15098688170>
To: kirkhschulz@gmail.com

Yes…. Agreed! We however have some Regents who I believe will want to publicly address this- something we can plan & prepare for at Sept mtg.
07/29/2021 01:22:22 PM (UTC-7)

Threads

kirkhschulz@gmail.com
To: Marty Dickinson <+15098688170>

07/29/2021 01:22:57 PM (UTC-7)
Sounds good

Threads

kirkhschulz@gmail.com
To: Marty Dickinson <+15098688170>

07/29/2021 04:47:09 PM (UTC-7)
Talked with Lura who talked with former Regent Durkan. Generally understands I (we) cannot do much - but I made sure to share what we are doing. Fine call overall and I understand (and share) frustrations with the situation.

Threads

7/30/2021

**1**  Marty Dickinson <+15098688170>
To: kirkhschulz@gmail.com

Liked "Talked with Lura who talked with former Regent Durkan. Generally understands I (we) cannot do much - but I made sure to share what we are doing. Fine call overall and I understand (and share) frustrations with the situation. "
07/29/2021 08:53:37 PM (UTC-7)

Threads

8/2/2021

6

Schulz_SDT_00000121

KS ipad - MC59903



155    kirkhschulz@gmail.com, Marty Dickinson    143

**kirkhschulz@gmail.com**
To: Marty Dickinson <+15098688170>

08/02/2021 08:30:55 AM (UTC-7)
Talked with Heather this morning. Positive call. I told her steps we are taking and why. She was pretty moderated from where she was awhile ago. No action needed from you. I am having dinner with Coach and Pat Wednesday night.

Threads

**1** **Marty Dickinson <+15098688170>**
To: kirkhschulz@gmail.com

Thanks Kirk!

08/02/2021 08:31:40 AM (UTC-7)

Threads

8/11/2021

**kirkhschulz@gmail.com**
To: Marty Dickinson <+15098688170>

08/11/2021 02:44:31 PM (UTC-7)
Positive meeting with Doug Call. He wants to be sure there is something strategic to talk with you about - and right now he said there is nothing worth meeting over. I suggested a meeting with you and him at the Sept Regents meeting in Pullman - he thought that was a good idea. No action needed by you at this time.

Threads

**1** **Marty Dickinson <+15098688170>**
To: kirkhschulz@gmail.com

Thank you!!

08/11/2021 03:18:19 PM (UTC-7)

Threads

8/12/2021

**kirkhschulz@gmail.com**
To: Marty Dickinson <+15098688170>

08/12/2021 07:49:48 AM (UTC-7)
Let me know if you have 10 minutes for a brief call around PAC 12 - all very good news.

Threads

**1** **Marty Dickinson <+15098688170>**
To: kirkhschulz@gmail.com

I can talk I a bout 5 minutes…

08/12/2021 08:08:57 AM (UTC-7)

Threads

7

KS ipad - MC59903



155    kirkhschulz@gmail.com, Marty Dickinson    143

kirkhschulz@gmail.com
To: Marty Dickinson <+15098688170>

08/12/2021
08:39:01
AM
(UTC-7)

Sorry - let's try for later or tomorrow.

Threads

1    Marty Dickinson <+15098688170>
To: kirkhschulz@gmail.com

Liked "Sorry - let's try for later or tomorrow."

08/12/2021
09:01:51
AM
(UTC-7)

Threads

8/13/2021

1    Marty Dickinson <+15098688170>
To: kirkhschulz@gmail.com

I am around- sorry I missed the call- you caught me while I was out for a morning water ski!

08/13/2021
09:17:58
AM
(UTC-7)

Threads

8/17/2021

kirkhschulz@gmail.com
To: Marty Dickinson <+15098688170>

08/17/2021
03:53:03
PM
(UTC-7)

Let me know how schedule looks for next few days - we have a Rolo strategy, and believe Gov will do indoor mask mandate and vaccine requirement for higher Ed tomorrow. Just want to run by you what we are planning ....

Threads

8/18/2021

1    Marty Dickinson <+15098688170>
To: kirkhschulz@gmail.com

I am on vacation all week- if you can call me this evening as I am free!

08/17/2021
05:58:01
PM
(UTC-7)

Threads

kirkhschulz@gmail.com
To: Marty Dickinson <+15098688170>

08/17/2021
09:20:00
PM
(UTC-7)

Sorry I missed your calls - will text tomorrow and connect

Threads

8

Schulz_SDT_00000123

KS ipad - MC59903



| 155 | kirkhschulz@gmail.com, Marty Dickinson | 143 |

**1** Marty Dickinson <+15098688170>
To: kirkhschulz@gmail.com

Ok-  sorry.  We are on the midst of moving kids back to school.  Will connect tomorrow!

08/17/2021
09:22:25
PM
(UTC-7)

Threads

**1** Marty Dickinson <+15098688170>
To: kirkhschulz@gmail.com

Getting on a plane but will be available after 11:30 am today-

08/18/2021
07:34:03
AM
(UTC-7)

Threads

kirkhschulz@gmail.com
To: Marty Dickinson <+15098688170>

08/18/2021
07:34:30
AM
(UTC-7)

Ok - will call this afternoon

Threads

8/19/2021

**1** Marty Dickinson <+15098688170>
To: kirkhschulz@gmail.com

Quick question -  do you happen to have any contacts at ASU?  Blake starting grad school and looking for an on campus job - lots of postings but kind of a giant sea of people …..

08/18/2021
05:56:55
PM
(UTC-7)

Threads

kirkhschulz@gmail.com
To: Marty Dickinson <+15098688170>

08/18/2021
05:57:57
PM
(UTC-7)

I do - can you send me Blake's contact info and I will connect him w ASU Prez

Threads

**1** Marty Dickinson <+15098688170>
To: kirkhschulz@gmail.com

Ok-  Blake will reach out to you directly w his contact info!

08/18/2021
06:07:04
PM
(UTC-7)

Threads

9

Schulz_SDT_00000124

KS ipad - MC59903



155   kirkhschulz@gmail.com, Marty Dickinson   143

**kirkhschulz@gmail.com**
To: Marty Dickinson <+15098688170>

08/19/2021 10:38:41 AM (UTC-7)
Pat is meeting with football coaching staff today at 2. Coaching staff will need to conform to new policy announced or will be placed on administrative leave on Monday. I will keep you posted.

Threads

**1  Marty Dickinson <+15098688170>**
To: kirkhschulz@gmail.com
Thanks Kirk- are working with a PR firm to have formal press release and communication points for all scenarios of potential outcomes?
08/19/2021 10:40:09 AM (UTC-7)

Threads

**kirkhschulz@gmail.com**
To: Marty Dickinson <+15098688170>

08/19/2021 11:11:42 AM (UTC-7)
Not yet.

Threads

**1  Marty Dickinson <+15098688170>**
To: kirkhschulz@gmail.com
I think a communication plan and prep for this is an important competent to all that unfolds and the steps being taken.
08/19/2021 11:15:44 AM (UTC-7)

Threads

**kirkhschulz@gmail.com**
To: Marty Dickinson <+15098688170>

08/19/2021 11:16:13 AM (UTC-7)
Agreed. We are working on it

Threads

**1  Marty Dickinson <+15098688170>**
To: kirkhschulz@gmail.com
We have an opportunity to control the narrative here but need to be ahead of the game ….
08/19/2021 11:17:59 AM (UTC-7)

Threads

**1  Marty Dickinson <+15098688170>**
To: kirkhschulz@gmail.com
It would be helpful and somewhat necessary for WSU to be very aggressive and proactive and somewhat in your face on the thoughtful and intentional steps and nuisances our leadership has taken vs the next headline being Gov Inslee takes care of the job that WSU would not….
08/19/2021 11:22:19 AM (UTC-7)

Threads

10

Schulz_SDT_00000125

KS ipad - MC59903



**155** — kirkhschulz@gmail.com, Marty Dickinson — **143**

kirkhschulz@gmail.com
To: Marty Dickinson <+15098688170>

08/19/2021
11:38:19 AM
(UTC-7)

Got it.  Phil and his team are working with athletics and doing scenario planning and your points are good ones.  He is going to reach out to you this afternoon when we have some of this laid out.

Threads

8/20/2021

kirkhschulz@gmail.com
To: Marty Dickinson <+15098688170>

08/19/2021
07:00:39 PM
(UTC-7)

Not to be too depressing this evening - but it appears Nick is going to file a religious exemption claim.  I asked Phil to engage a Seattle firm to assist us - and I intend to be pretty public expressing my disappointment with his decision.  Right now we are so angry (Pat and myself) that we cannot see straight.  I will provide a briefing tomorrow once I have some more conversations with our team.

Threads

**1** — Marty Dickinson <+15098688170>
To: kirkhschulz@gmail.com

Ughh!!  So disappointed and pissed!!  Right there with you Kirk!

08/19/2021
07:04:13 PM
(UTC-7)

Threads

**1** — Marty Dickinson <+15098688170>
To: kirkhschulz@gmail.com

And can you pls tell me his devoted religion?

08/19/2021
07:06:15 PM
(UTC-7)

Threads

kirkhschulz@gmail.com
To: Marty Dickinson <+15098688170>

08/19/2021
07:07:41 PM
(UTC-7)

I have no $&$@@ idea.  Probably searching on the internet as we speak.

Threads

kirkhschulz@gmail.com
To: Marty Dickinson <+15098688170>

08/19/2021
07:08:02 PM
(UTC-7)

However - he will have to identify that.

Threads

11

Schulz_SDT_00000126

KS ipad - MC59903

155     kirkhschulz@gmail.com, Marty Dickinson     143

**1** Marty Dickinson <+15098688170>
To: kirkhschulz@gmail.com

□ □ □

08/19/2021
07:08:08
PM
(UTC-7)

Threads

kirkhschulz@gmail.com
To: Marty Dickinson <+15098688170>

08/19/2021
07:15:39
PM
(UTC-7)

https://www.paradigmfour.com



https://www.paradigmfour.com

11DC49E9-4796-49
BE-B2F2-957AECD
2C661.pluginPayloa
dAttachment

FE2A263F-8AB2-40
09-9EFC-A635DB33
E179.pluginPayload
Attachment

Threads

kirkhschulz@gmail.com
To: Marty Dickinson <+15098688170>

08/19/2021
07:15:49
PM
(UTC-7)

This is firm we are currently using

Threads

**1** Marty Dickinson <+15098688170>
To: kirkhschulz@gmail.com

Thank Kirk!  I am so bummed that Nick doesn't see the bigger picture.  What an incredibly massive let down on his being in it for Cougar Nation!  You and Pat have and continue to do an outstanding job navigating this incredibly difficult situation.  Than you for what you do everyday on behalf of WSU!  You are a great leader!!  Hold tight!!!

08/19/2021
07:23:03
PM
(UTC-7)

Threads

12



155    kirkhschulz@gmail.com, Marty Dickinson    143

**kirkhschulz@gmail.com**
To: Marty Dickinson <+15098688170>

08/19/2021
07:23:58
PM
(UTC-7)
Thanks.  Send a quick note to Pat if you don't mind.  He is pretty down (and pissed).

Threads

**1**    **Marty Dickinson <+15098688170>**
To: kirkhschulz@gmail.com

Yep!!  Will do!!

08/19/2021
07:26:11
PM
(UTC-7)

Threads

**1**    **Marty Dickinson <+15098688170>**
To: kirkhschulz@gmail.com

I called Pat and spoke w him!  We need to lock arms here… continue and be prepared for all options!

08/19/2021
07:38:34
PM
(UTC-7)

Threads

**kirkhschulz@gmail.com**
To: Marty Dickinson <+15098688170>

08/19/2021
07:52:23
PM
(UTC-7)
Thanks for talking w Pat.

Threads

**1**    **Marty Dickinson <+15098688170>**
To: kirkhschulz@gmail.com

Liked "Thanks for talking w Pat.  "

08/19/2021
08:16:33
PM
(UTC-7)

Threads

**1**    **Marty Dickinson <+15098688170>**
To: kirkhschulz@gmail.com

I had a good visit w Phil!  I think it a good next step is to proactively sit down w Seattle Times and Spokesman-  let's put this on the table-  recognize all the nuisances…. From firing and paying $$$ while Seattle Times beats us up on deficit yet want the coach gone!!!!  I have asked Phil to speak with the Crisis Communication specialist about this strategy-  time to take the reigns and in my opinion no longer  protect Nick who has tarnished WSU brand.

08/20/2021
03:17:31
PM
(UTC-7)

Threads

13

Schulz_SDT_00000128

KS ipad - MC59903



155     **kirkhschulz@gmail.com, Marty Dickinson**     143

kirkhschulz@gmail.com
To: Marty Dickinson <+15098688170>

08/20/2021
03:21:05
PM
(UTC-7)

Got it - and agree

Threads

**1** Marty Dickinson <+15098688170>
To: kirkhschulz@gmail.com

Liked "Got it - and agree "

08/20/2021
03:21:16
PM
(UTC-7)

Threads

**1** Marty Dickinson <+15098688170>
To: kirkhschulz@gmail.com

I am happy to join an editorial board mtg w you and Pat if needed!

08/20/2021
03:24:40
PM
(UTC-7)

Threads

kirkhschulz@gmail.com
To: Marty Dickinson <+15098688170>

08/20/2021
03:34:00
PM
(UTC-7)

Thanks. That might be a good idea to show unity in our stance.

Threads

**1** Marty Dickinson <+15098688170>
To: kirkhschulz@gmail.com

Liked "Thanks. That might be a good idea to show unity in our stance. "

08/20/2021
03:36:30
PM
(UTC-7)

Threads

8/23/2021

14

Schulz_SDT_00000129

KS ipad - MC59903



⊘ 155                    kirkhschulz@gmail.com, Marty Dickinson                    143 ↗

**1**  🟢 Marty Dickinson <+15098688170>
       To: kirkhschulz@gmail.com

So fun!! The Tri Cities Crimson COug and STCU cart!!                    08/23/2021
                                                                       01:31:23
                                                                       PM
                                                                       (UTC-7)

IMG_9423.heic

Threads

                                        kirkhschulz@gmail.com 🟢
                                To: Marty Dickinson <+15098688170>

↗ 08/23/2021    ☐
  01:49:40
  PM
  (UTC-7)

  Threads

                                    8/30/2021

                                        kirkhschulz@gmail.com 🟢
                                To: Marty Dickinson <+15098688170>

↗ 08/30/2021    Let me know if you have any time today, tomorrow or Wednesday for a short phone call.  I just want to
  10:25:46      update you on a pending personnel action I am taking.
  AM
  (UTC-7)
                Threads

**1**  🟢 Marty Dickinson <+15098688170>
       To: kirkhschulz@gmail.com

On my way back from Canada-  will shoot you a few options when I get home    08/30/2021
                                                                            10:27:05
                                                                            AM
                                                                            (UTC-7)

Threads

                                        kirkhschulz@gmail.com 🟢
                                To: Marty Dickinson <+15098688170>

↗ 08/30/2021    Sounds good - thanks
  10:27:20
  AM
  (UTC-7)
                Threads

                                    8/31/2021

15

KS ipad - MC59903



| 155 | kirkhschulz@gmail.com, Marty Dickinson | 143 |

**1** Marty Dickinson <+15098688170>
To: kirkhschulz@gmail.com

You and I have time on our calendars for tomorrow at 2-  maybe we can stay on for a few after we finish w Des…

08/30/2021 09:13:26 PM (UTC-7)

Threads

kirkhschulz@gmail.com
To: Marty Dickinson <+15098688170>

08/30/2021 09:15:40 PM (UTC-7)

Perfect!!

Threads

**1** Marty Dickinson <+15098688170>
To: kirkhschulz@gmail.com

Can you use the new Zoom invite I sent out-

08/31/2021 02:10:05 PM (UTC-7)

Threads

9/1/2021

kirkhschulz@gmail.com
To: Marty Dickinson <+15098688170>

08/31/2021 05:36:55 PM (UTC-7)

Just so you know - I have visited on phone with Enrique, Jeanette, and Lisa thus far.  Will call others in the morning.

Threads

**1** Marty Dickinson <+15098688170>
To: kirkhschulz@gmail.com

Thanks Kirk!  Appreciate the heads up and the work you are doing!  You have an incredibly difficult job w some unreal challenges before you! Thank you for your steadfast leadership!  Let's find a night to do dinner w Reid and Noel in the next month!!! Hang in there Kirk!!!

08/31/2021 09:19:02 PM (UTC-7)

Threads

kirkhschulz@gmail.com
To: Marty Dickinson <+15098688170>

08/31/2021 09:43:17 PM (UTC-7)

Thanks!

Threads

9/2/2021

16

Schulz_SDT_00000131

KS ipad - MC59903



**1**  Marty Dickinson <+15098688170>
To: kirkhschulz@gmail.com

How many times is our Football coach going to make national headlines?

09/01/2021
05:38:43
PM
(UTC-7)

kirkhschulz@gmail.com
To: Marty Dickinson <+15098688170>

09/01/2021
07:16:42
PM
(UTC-7)

I wish I had a satisfactory answer.  I saw the Wolken article.  I did talk with Brett, Heather, and Lura today.

**1**  Marty Dickinson <+15098688170>
To: kirkhschulz@gmail.com

☐☐

09/01/2021
07:31:16
PM
(UTC-7)

kirkhschulz@gmail.com
To: Marty Dickinson <+15098688170>

09/02/2021
04:16:56
PM
(UTC-7)

Talked with Shain and John S today.  Will get Ron tomorrow morning.

**1**  Marty Dickinson <+15098688170>
To: kirkhschulz@gmail.com

Liked "Talked with Shain and John S today.  Will get Ron tomorrow morning."

09/02/2021
04:18:28
PM
(UTC-7)

9/3/2021

kirkhschulz@gmail.com
To: Marty Dickinson <+15098688170>

09/03/2021
09:55:30
AM
(UTC-7)

Talked with Ron - so called everyone this week personally and had a conversation.  As I learn more - I probably waited too long to make this decision.  Thanks for your support this week.

17

Schulz_SDT_00000132

KS ipad - MC59903



**155**    kirkhschulz@gmail.com, Marty Dickinson    **143**

**1**    Marty Dickinson <+15098688170>
To: kirkhschulz@gmail.com

Thanks Kirk!

09/03/2021
09:58:55
AM
(UTC-7)

kirkhschulz@gmail.com
To: Marty Dickinson <+15098688170>

09/03/2021
04:20:30
PM
(UTC-7)

Just a quick update.  I think we will come to terms fairly quickly with the employee and should have it wrapped up by Regents meeting.  I think we will be able to avoid litigation as well.  Will keep you posted.

Threads

**1**    Marty Dickinson <+15098688170>
To: kirkhschulz@gmail.com

That would be such a good resolution for all parties if we can get there.  Thanks

09/03/2021
04:21:07
PM
(UTC-7)

Threads

kirkhschulz@gmail.com
To: Marty Dickinson <+15098688170>

09/03/2021
04:21:33
PM
(UTC-7)

We are not far apart

Threads

**1**    Marty Dickinson <+15098688170>
To: kirkhschulz@gmail.com

Liked "We are not far apart "

09/03/2021
04:21:46
PM
(UTC-7)

Threads

**1**    Marty Dickinson <+15098688170>
To: kirkhschulz@gmail.com

A mutual separation would be a good path for sure -

09/03/2021
04:22:05
PM
(UTC-7)

Threads

kirkhschulz@gmail.com
To: Marty Dickinson <+15098688170>

09/03/2021
04:23:03
PM
(UTC-7)

Threads

**18**

Schulz_SDT_00000133

KS ipad - MC59903



155        kirkhschulz@gmail.com, Marty Dickinson        143

9/12/2021

kirkhschulz@gmail.com
To: Marty Dickinson <+15098688170>

09/11/2021
09:45:05
PM
(UTC-7)

I saw note from Greg Crouch.  We will handle this.  I am not sure why they did not reach out directly to me and Elizabeth.

Threads

**1**  Marty Dickinson <+15098688170>
To: kirkhschulz@gmail.com

Ok-  saw that this am-  thanks Kirk.

09/12/2021
09:17:13
AM
(UTC-7)

Threads

9/19/2021

**1**  Marty Dickinson <+15098688170>
To: kirkhschulz@gmail.com

Tough loss yesterday!  Even loyal non Vaccine supporters are blowing me up about Rolovich's coaching performance

09/19/2021
01:58:44
PM
(UTC-7)

Threads

19

Schulz_SDT_00000134

KS ipad - MC59903

 155    kirkhschulz@gmail.com, Marty Dickinson    143 

**1**    Marty Dickinson <+15098688170>
To: kirkhschulz@gmail.com

https://sports-yahoo-com.cdn.ampproject.org/v/s/sports.yahoo.com/amphtml/misery-index-week-3-notebook-130104513.html?amp_gsa=1&amp_js_v=a6&usqp=mq331AQIKAGwASCAAgM%3D#amp_tf=From%20%251%24s&aoh=16320780442433&csi=0&referrer=https%3A%2F%2Fwww.google.com&ampshare=https%3A%2F%2Fsports.yahoo.com%2Fmisery-index-week-3-notebook-130104513.html

09/19/2021 01:58:49 PM (UTC-7)

https://sports-yahoo-com.cdn.ampproject.org/v/s/sports.yahoo.com/amphtml/misery-index-week-3-notebook-130104513.html?amp_gsa=1&amp_js_v=a6&usqp=mq331AQIKAGwASCAAgM%3D#amp_tf=From%20%251%24s&aoh=16320780442433&csi=0&referrer=https%3A%2F%2Fwww.google.com&ampshare=https%3A%2F%2Fsports.yahoo.com%2Fmisery-index-week-3-notebook-130104513.html





CA93E71F-7A49-45A9-A060-EE4DFB4BA52D.pluginPayloadAttachment

92717696-850C-46DC-A52A-272987B9FD8D.pluginPayloadAttachment





6DAD9D6C-D065-4854-9618-934CB9D546C8.pluginPayloadAttachment

9B24D3DE-0881-41F9-BD8D-7984CDD5BA4B.pluginPayloadAttachment

Threads

**1**    Marty Dickinson <+15098688170>
To: kirkhschulz@gmail.com

09/19/2021 01:58:49 PM (UTC-7)

Threads

20

Schulz_SDT_00000135

KS ipad - MC59903



155      kirkhschulz@gmail.com, Marty Dickinson      143

**kirkhschulz@gmail.com**
To: Marty Dickinson <+15098688170>

09/19/2021
02:01:01
PM
(UTC-7)

Yup.  Tough day.  I do remind myself that a team that we are 10-60 against may not be the best measuring stick.

Threads

**Marty Dickinson <+15098688170>**
To: kirkhschulz@gmail.com

Yes….  That is true.  There is little grace for Rolo however…

09/19/2021
02:01:48
PM
(UTC-7)

Threads

**kirkhschulz@gmail.com**
To: Marty Dickinson <+15098688170>

09/19/2021
02:13:03
PM
(UTC-7)

Got it.  Bottom line - We need to win some games

Threads

**kirkhschulz@gmail.com**
To: Marty Dickinson <+15098688170>

09/19/2021
02:19:13
PM
(UTC-7)

Also - I am not sticking my head in the sand.  I know folks are not happy about direction of Cougar Football & Rolo - and I suspect the volume will increase with every loss.

Threads

**Marty Dickinson <+15098688170>**
To: kirkhschulz@gmail.com

Liked "Also - I am not sticking my head in the sand.  I know folks are not happy about direction of Cougar Football & Rolo - and I suspect the volume will increase with every loss.  "

09/19/2021
02:56:23
PM
(UTC-7)

Threads

**Marty Dickinson <+15098688170>**
To: kirkhschulz@gmail.com

Liked "Got it.  Bottom line - We need to win some games "

09/19/2021
02:56:27
PM
(UTC-7)

Threads

9/25/2021

21



155    kirkhschulz@gmail.com, Marty Dickinson    143

kirkhschulz@gmail.com
To: Marty Dickinson <+15098688170>

09/25/2021 08:13:04 AM (UTC-7)
Nothing new to report on shooting last night other than what we sent. I will keep you updated as we learn more.

Threads

1  Marty Dickinson <+15098688170>
To: kirkhschulz@gmail.com

Thanks Kirk.

09/25/2021 08:13:24 AM (UTC-7)

Threads

kirkhschulz@gmail.com
To: Marty Dickinson <+15098688170>

09/25/2021 10:02:15 AM (UTC-7)
Talking points are in your in box if you need them

Threads

1  Marty Dickinson <+15098688170>
To: kirkhschulz@gmail.com

Awesome! Thank you and thank you to Phil!!!

09/25/2021 11:21:36 AM (UTC-7)

Threads

10/7/2021

1  Marty Dickinson <+15098688170>
To: kirkhschulz@gmail.com

When you have a moment not urgent can you call me- just wanting an update on the next round of media blitz w our football coach and vaccines plays out…

10/07/2021 01:26:36 PM (UTC-7)

Threads

kirkhschulz@gmail.com
To: Marty Dickinson <+15098688170>

10/07/2021 02:21:54 PM (UTC-7)
Ok. Just got back to WA. Can I call tomorrow - I will have a written plan to share by tomorrow and perhaps we could discuss. Would that work?

Threads

22

Schulz_SDT_00000137

KS ipad - MC59903



155     kirkhschulz@gmail.com, Marty Dickinson     143

**1** Marty Dickinson <+15098688170>
To: kirkhschulz@gmail.com

Yep- that is great!! Thanks

10/07/2021
02:30:08
PM
(UTC-7)

---

10/8/2021

kirkhschulz@gmail.com
To: Marty Dickinson <+15098688170>

10/08/2021
02:55:05
PM
(UTC-7)

Can we schedule a call on Monday with Pat and myself to talk through some scenarios and our plan?

Threads

**1** Marty Dickinson <+15098688170>
To: kirkhschulz@gmail.com

Yes- name the time….. I am open!

10/08/2021
03:01:48
PM
(UTC-7)

Threads

kirkhschulz@gmail.com
To: Marty Dickinson <+15098688170>

10/08/2021
03:02:31
PM
(UTC-7)

Ginger will be in touch shortly

Threads

**1** Marty Dickinson <+15098688170>
To: kirkhschulz@gmail.com

Liked "Ginger will be in touch shortly "

10/08/2021
03:06:05
PM
(UTC-7)

Threads

kirkhschulz@gmail.com
To: Marty Dickinson <+15098688170>

10/08/2021
04:32:40
PM
(UTC-7)

We have a pretty good idea of our pathway forward - will be ready to discuss on Monday

Threads

23

Schulz_SDT_00000138



**155**    kirkhschulz@gmail.com, Marty Dickinson    143

**1**  Marty Dickinson <+15098688170>
To: kirkhschulz@gmail.com

Sounds good!  Lots of media coverage- appreciate Phil's work on all of it!!

10/08/2021
04:40:10
PM
(UTC-7)

---

10/12/2021

kirkhschulz@gmail.com
To: Marty Dickinson <+15098688170>

10/11/2021
06:39:40
PM
(UTC-7)

Thanks for the time today.  I believe the situation we discussed may move more quickly than we anticipated- I believe the person is starting to understand the implications of his decision.

**1**  Marty Dickinson <+15098688170>
To: kirkhschulz@gmail.com

Ok.  Thank you for the heads up.

10/11/2021
06:40:10
PM
(UTC-7)

kirkhschulz@gmail.com
To: Marty Dickinson <+15098688170>

10/12/2021
03:52:36
PM
(UTC-7)

Talked with Lisa S and Brett B today - setting up times for others tomorrow.  Strong support for pathway forward.

**1**  Marty Dickinson <+15098688170>
To: kirkhschulz@gmail.com

Liked "Talked with Lisa S and Brett B today - setting up times for others tomorrow.  Strong support for pathway forward."

10/12/2021
03:53:30
PM
(UTC-7)

kirkhschulz@gmail.com
To: Marty Dickinson <+15098688170>

10/12/2021
03:57:15
PM
(UTC-7)

Also just talked with Jeanette as well.  No one is surprised.

24

Schulz_SDT_00000139



155    kirkhschulz@gmail.com, Marty Dickinson    143

**1**  Marty Dickinson <+15098688170>
To: kirkhschulz@gmail.com

Probably a bit relieved- the next 3 weeks in the State Of WA is going to get very interesting a mind a bit wild…

10/12/2021
03:58:05
PM
(UTC-7)

Threads

kirkhschulz@gmail.com
To: Marty Dickinson <+15098688170>

10/12/2021
03:59:11
PM
(UTC-7)

I think the word you are looking for is a "shit show".  Not very professional language but probably accurate

Threads

**1**  Marty Dickinson <+15098688170>
To: kirkhschulz@gmail.com

Yes that is the accurate and spot on description-  □□□

10/12/2021
03:59:40
PM
(UTC-7)

Threads

10/14/2021

kirkhschulz@gmail.com
To: Marty Dickinson <+15098688170>

10/13/2021
09:25:25
PM
(UTC-7)

Communicated with both Heather and Lura today - both are in Europe this week.  All good thus far.

Threads

**1**  Marty Dickinson <+15098688170>
To: kirkhschulz@gmail.com

Well I wish I was in Europe right now □□

10/13/2021
09:28:19
PM
(UTC-7)

Threads

10/15/2021

kirkhschulz@gmail.com
To: Marty Dickinson <+15098688170>

10/15/2021
11:34:49
AM
(UTC-7)

Pat will call with details on everything.  I talked with Shain and Ron this morning.  The only person left is John S.  Everyone feels this is the right pathway to take.  Will keep you updated as things progress.

Threads

25

KS ipad - MC59903



⊗ 155                    kirkhschulz@gmail.com, Marty Dickinson                    143 ⊗

**1** Marty Dickinson <+15098688170>
To: kirkhschulz@gmail.com

Thank- talking w Pat at noon- and working with Phil on a quote!

10/15/2021
11:35:15
AM
(UTC-7)

**1** Marty Dickinson <+15098688170>
To: kirkhschulz@gmail.com

Congrats on the $1M gift to art tutoring/learning space for Engineering! A great Friday update!! Thank you!! See you tomorrow!

10/15/2021
11:46:08
AM
(UTC-7)

Threads

kirkhschulz@gmail.com
To: Marty Dickinson <+15098688170>

10/15/2021
12:47:13
PM
(UTC-7)

Just talked w John S - all good.

Threads

**1** Marty Dickinson <+15098688170>
To: kirkhschulz@gmail.com

Liked "Just talked w John S - all good. "

10/15/2021
01:08:12
PM
(UTC-7)

Threads

10/18/2021

**1** Marty Dickinson <+15098688170>
To: kirkhschulz@gmail.com

Checking in on you- just making sure you are doing ok- missed you on Saturday but completely understand- if you need anything I am here to assist. Thank you for your steadfast leadership. You are appreciated.

10/18/2021
08:36:19
AM
(UTC-7)

Threads

kirkhschulz@gmail.com
To: Marty Dickinson <+15098688170>

10/18/2021
08:37:42
AM
(UTC-7)

Thanks. I have some flu like bug and am out again today. As a precaution getting tested today. We have all spent way to much time dealing with Rolo and the vaccine. I am ready to turn the page. I appreciate the support!

Threads

26

KS ipad - MC59903



| 155 | kirkhschulz@gmail.com, Marty Dickinson | 143 |

**1** 📩 Marty Dickinson <+15098688170>
To: kirkhschulz@gmail.com

Emphasized "Thanks.  I have some flu like bug and am out again today.  As a precaution getting tested today.  We have all spent way to much time dealing with Rolo and the vaccine.  I am ready to turn the page.  I appreciate the support!"

10/18/2021
08:39:18
AM
(UTC-7)

Threads

kirkhschulz@gmail.com
To: Marty Dickinson <+15098688170>

10/18/2021
03:31:22
PM
(UTC-7)

Showtime.  Meeting w coaches between 4 and 5.  Team meeting at 5 - by that time it will be out on social media.  Statement will go out between 5 and 6.  Pat and I will do press conference at 6:30.  We went through Q&A with crisis firm earlier today.

Threads

**1** 📩 Marty Dickinson <+15098688170>
To: kirkhschulz@gmail.com

Thank you Kirk!  We are behind you and Pat.

10/18/2021
03:48:30
PM
(UTC-7)

Threads

kirkhschulz@gmail.com
To: Marty Dickinson <+15098688170>

10/18/2021
03:49:57
PM
(UTC-7)

Release will go to Regents at 4:45

Threads

10/19/2021

kirkhschulz@gmail.com
To: Marty Dickinson <+15098688170>

10/19/2021
04:42:06
PM
(UTC-7)

We got about 30 phone calls into office (mostly negative) and about 200 emails (mostly positive).  Overall - much more modest than we expected.  Will update you tomorrow.

Threads

**1** 📩 Marty Dickinson <+15098688170>
To: kirkhschulz@gmail.com

In my taking w people they are angry at mandate & Inslee more than WSU… but I have gotten many positive- even from my 8th grade math teacher and high school principal -

10/19/2021
04:43:59
PM
(UTC-7)

Threads

27



| 155 | kirkhschulz@gmail.com, Marty Dickinson | 143 |

**kirkhschulz@gmail.com**
To: Marty Dickinson <+15098688170>

10/19/2021 04:56:57 PM (UTC-7)
As the season went forward - we would have been in a world of hurt on the recruiting front - not being able to meet with recruits in person was not going to work.  I will update you again tomorrow.

Threads

**1** **Marty Dickinson <+15098688170>**
To: kirkhschulz@gmail.com

Emphasized "As the season went forward - we would have been in a world of hurt on the recruiting front - not being able to meet with recruits in person was not going to work.  I will update you again tomorrow."

Threads

10/19/2021 04:59:10 PM (UTC-7)

---
10/20/2021
---

**kirkhschulz@gmail.com**
To: Marty Dickinson <+15098688170>

10/20/2021 01:49:13 PM (UTC-7)
Some positive news - we just received a commitment for $3M for the Indoor Practice Facility today - that should complete fundraising for this!!!

Threads

---
10/21/2021
---

**kirkhschulz@gmail.com**
To: Marty Dickinson <+15098688170>

10/20/2021 05:20:57 PM (UTC-7)
Generally - VERY mild day on email and phone calls.  USA Today ran an article describing legal analysis of Rolo legal action - I can send a copy if you want.  Some positive vibes out of athletics today for first time in weeks.  Coach Dickert has already started to build out his staff.  He is very composed.

Threads

**1** **Marty Dickinson <+15098688170>**
To: kirkhschulz@gmail.com

Great news on the $3 M gift!!  My side was quieter today-  how is Pat?  What can we be doing for him?

Threads

10/20/2021 05:31:27 PM (UTC-7)

**kirkhschulz@gmail.com**
To: Marty Dickinson <+15098688170>

10/20/2021 08:23:38 PM (UTC-7)
Also got another $500K in last two days for IPF.  Some folks were waiting for our decision I believe.  Pat doing much better today.  I will send you copy of email I sent to athletic staff today.

Threads

28



Schulz_SDT_00000144

KS ipad - MC59903



Schulz_SDT_00000145