# Exhibit P

you!! Talk soon

Sep 23, 2021 at 6:38 PM

What's going on? How you holding up?

OK. Our head coach has put himself in a bad situation by not getting Vax. It's going to be a great lesson for current or future coaches about decisions you can or cannot make as a head coach.

Good luck this weekend!

Nov 25, 2021 at 4:53 PM

Happy Thanksgiving!! I know there's a lot on your plate, stay positive + keep Leading. If it was easy, ALL the Monday Morning Quarterbacks would actually APPLY for the job. Big Weekend!!! Best of luck... Talk soon

Nov 26, 2021 at 7:30 AM

Thx Ashton. Happy Thanksgiving to you as well. Big Weekend indeed. We need a win tonight and

Chun_SDT_00000042