# Exhibit Y

Rolovich v. Washington State University, et al.    Bonnie Dennler (AWAITING CONFIDENTIAL DESIGNATIONS)

Page 1

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF WASHINGTON

NICHOLAS ROLOVICH,                )
                                  )
             Plaintiff,           )
                                  )
        v.                        ) No. 2:22-cv-00319-TOR
                                  )
WASHINGTON STATE UNIVERSITY,      )
                                  )
             Defendant.           )

VIDEOTAPED VIDEOCONFERENCE DEPOSITION

UPON ORAL EXAMINATION OF

BONNIE DENNLER

*AWAITING CONFIDENTIAL DESIGNATIONS*

Spokane, Washington

DATE TAKEN:   AUGUST 21, 2024

REPORTED BY:  CINDY M. KOCH, RPR, CRR, CCR #2357

51c108eb-f2a1-48c9-a39b-08bef351f92e

Rolovich v. Washington State University, et al.          Bonnie Dennler (AWAITING CONFIDENTIAL DESIGNATIONS)

Page 168

1  unilateral or not.  I only know the information that we

2  were provided and the different times it was.  But the

3  appointing authority has the authority to make those

4  determinations.

5  BY MR. KNIFFIN:

6      Q.  President Schulz said in the Seattle Times, on

7  September 24th, "I just want to remind everybody,

8  regardless of how much money the person makes, what

9  position they have, we have to treat people the same."

10         He said on September 3rd, "The rules for

11  Rolovich and other faculty and staff need to be the

12  same."

13         And he said over and over to the regents, "I

14  want people to understand the review process."

15         He said in the Seattle Times, "We need to

16  follow our plan and protocols."

17         Based on your understanding and your role at

18  HRS, based on the documents you've reviewed today, is

19  there any other employee at WSU whose application for

20  religious exemption was treated the way Nick Rolovich's

21  was treated?

22         MR. COATES:  Object to form.  Foundation.

23      A.  I do not believe so.

24         MR. KNIFFIN:  I have no more questions.

25         MR. COATES:  I don't have any questions for

51c108eb-f2a1-48c9-a39b-08bef351f92e