| | |
|---|---|
| 1 | ROBERT W. FERGUSON<br>Attorney General |
| 2 | |
| 3 | SPENCER W. COATES, WSBA #49683<br>Assistant Attorney General<br>800 Fifth Avenue, Suite 2000 |
| 4 | Seattle, WA  98104-3188<br>(206) 464-7744 |
| 5 | |
| 6 | ZACHARY J. PEKELIS, WSBA #44557<br>Special Assistant Attorney General<br>PACIFICA LAW GROUP LLP |
| 7 | 1191 2nd Avenue, Suite 2000<br>Seattle, WA  98101-3404 |
| 8 | (206) 245-1700 |

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NICHOLAS ROLOVICH, | NO. 2:22-cv-00319-TOR |
| Plaintiff, | DEFENDANT'S RULE 60(a) MOTION TO CORRECT CLERICAL MISTAKE |
| v. | |
| WASHINGTON STATE UNIVERSITY, et al., | February 5, 2025<br>Without Oral Argument |
| Defendants. | |

DEFENDANT'S RULE 60(a) MOTION

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE, SUITE 2000
SEATTLE, WA  98101-3403
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

## MOTION

Defendant Washington State University (WSU) respectfully moves the Court pursuant to Federal Rule of Civil Procedure 60(a) to "correct a clerical mistake or a mistake arising from oversight or omission" in its Order on Cross Motions for Summary Judgment, ECF No. 135. WSU requests that the Court correct two aspects of its Order:

First, the Order states that the parties' cross-motions for summary judgment "were submitted for consideration *with* oral argument." *Id.* at 1 (emphasis added). Argument was not requested by either party nor heard. *See* ECF Nos. 88, 93.

Second, the Order states that, under Title VII, "[a]n accommodation may result in an undue hardship if there is 'more than a de minimis cost to the employer . . . [or] more than a de minimis impact on coworkers.'" ECF No. 135 at 6 (quoting *Balint v. Carson City*, 180 F.3d 1047, 1054 (9th Cir. 1999) (en banc)). Although the passage accurately quotes *Balint*, the Supreme Court recently disapproved of the "de minimis cost" language. *See Groff v. DeJoy*, 600 U.S. 447, 468 (2023). Notwithstanding the reference to that language, the Court's Order cites and correctly applies *Groff* in concluding that the "unrebutted" and "overwhelming" evidence showed that accommodating Plaintiff would have imposed an undue hardship on WSU by resulting in "increased travel costs, harm to recruitment and fundraising efforts, and damage to WSU's reputation and donor commitments, in addition to an increased risk of exposure of COVID-19 to student athletes, other coaching staff, the media and the public." ECF No. 135

DEFENDANT'S RULE 60(a) MOTION — 1 — PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

1  at 6–7. Those burdens are undoubtedly "substantial in the context of [WSU's]
2  business." *Groff*, 600 U.S. 471; *see* ECF No. 93 at 24–25. Accordingly, under
3  Rule 60(a), removing the above quotation and citation to *Balint* would not change
4  the Order's "operative, substantive terms" and would maintain "fidelity to the
5  intent behind the original judgment." *Garamendi v. Henin*, 683 F.3d 1069, 1079
6  (9th Cir. 2012).

7  For those reasons, WSU respectfully requests that the Court correct the
8  two sentences in its Order referenced above.

9  DATED this 6th day of January, 2025.

PACIFICA LAW GROUP LLP

*s/Zachary J. Pekelis*
Zachary J. Pekelis WSBA #44557
Ai-Li Chiong-Martinson, WSBA #53359
Erica P. Coray, WSBA #61987
W. Scott Ferron, WSBA #61154
Special Assistant Attorneys General
1191 Second Ave., Suite 2000
Seattle, WA 98101

ROBERT W. FERGUSON
Attorney General

Spencer W. Coates, WSBA #49683
Assistant Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98101-3404

*Counsel for Defendant*
*Washington State University*

DEFENDANT'S RULE 60(a) MOTION    2    PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6th, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 6th day of January, 2025, at Seattle, Washington.

/s/Zachary J. Pekelis
ZACHARY J. PEKELIS, WSBA #44557
Special Assistant Attorney General

DEFENDANT'S RULE 60(a) MOTION — 3

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750