UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NICHOLAS ROLOVICH,<br><br>      Plaintiff,<br><br> v.<br><br>WASHINGTON STATE UNIVERSITY, an agency of the State of Washington,<br><br>      Defendant. | NO. 2:22-CV-0319-TOR<br><br>ORDER CORRECTING CLERICAL MISTAKES |

BEFORE THE COURT is Defendant's Motion to Correct Clerical Mistake. ECF No. 137. Defendant's motion is granted.

The Court corrects the following clerical mistakes in ECF No. 135:

The motions were considered without oral argument.

The Court removes the citation to *Balint v. Carson City*, 180 F.3d 1047, 1054 (9th Cir. 1999) (en banc) and affirms the Court's citation to *Groff v. DeJoy*, 600 U.S. 447, 468 (2023). This does not change the conclusion of the Court.

//

ORDER CORRECTING CLERICAL MISTAKES ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

These changes are now of record.

The District Court Executive is directed to enter this Order and furnish copies to counsel and the file remains **CLOSED.**

DATED January 8, 2025.



THOMAS O. RICE
United States District Judge

ORDER CORRECTING CLERICAL MISTAKES ~ 2