## UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** Eastern District of Washington

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 2:22-CV-0319-TOR

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 12/14/2022

Date of judgment or order you are appealing: 01/06/2025; 01/08/2025

Docket entry number of judgment or order you are appealing: 135, 136, 138

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
● Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Nicholas Rolovich

Is this a cross-appeal?   ○ Yes   ● No
If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ● No
If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:          State:          Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Eric Job Seese          **Date** February 4, 2025

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                 Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Nicholas Rolovich

Name(s) of counsel (if any):

Alexandria Tina Drake
DUNN & BLACK PS
Eric Job Seese
Mamie Ling
Meredith Grant
FROST BROWN TODD LLP

Address:
Dunn & Black PS
111 North Post, Suite 300
Spokane, WA 99201
Frost Brown Todd LLP
1801 California Street, Suite 2700
Denver, CO 80202

Telephone number(s):
509-455-8711 Dunn & Black PS
303-406-4901 Frost Brown Todd LLP

Email(s):
adrake@dunnandblack.com
jseese@fbtlaw.com; mling@fbtlaw.com; mgrant@fbtlaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ⊗ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Washington State University, an agency of the State of Washington

Name(s) of counsel (if any):

W. Scott Ferron
Zachary J. Pekelis
Ai-Li Anna Chiong-Martinson
Erica P. Coray
PACIFICA LAW GROUP LLP
Spencer W. Coates
ATTORNEY GENERAL OFFICE

Address:
Pacifica Law Group LLP
1191 Second Avenue, Suite 2000
Seattle, WA 98101
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104

Telephone number(s):
206-245-1700 Pacifica Law Group LLP
206-287-4173 Office of the Attorney General

Email(s):
scott.ferron@pacificalawgroup.com; zach.pekelis@pacificalawgroup.com; al-li.chong-martinson@pacificalawgroup.com;
erica.coray@pacificalawgroup.com
spencer.coates@atg.wa.gov

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                    *1*                              *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

> Nicholas Rolovich

Name(s) of counsel (if any):

> Thomas F. Allen, Jr.            Eric Nieuwenhuis Kniffin
> FROST BROWN TODD LLP    KNIFFIN LAW PLLC

Address:
> FROST BROWN TODD LLP                KNIFFIN LAW PLLC
> 2101 Cedar Springs Road, Suite 900    102 South Tejon Street, Suite 1100
> Dallas, TX 75201                            Colorado Springs, CO 80903

Telephone number(s):
> 214-580-5839 Frost Brown Todd LLP
> 719-212-4391 Kniffin Law PLLC

Email(s):
> tfallen@fbtlaw.com Thomas F. Allen, Jr.
> eric@kniffin.law Eric Nieuwenhuis Kniffin

Is counsel registered for Electronic Filing in the 9th Circuit?    ☒ Yes    ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                    *2*                    Rev. 12/01/2018